**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

ST. PAUL FIRE & MARINE INSURANCE COMPANY,

Plaintiff-in-Interpleader,

vs.

Albert Gray, Adminstrator, Estate of Jude B. Henault, and the other parties listed on Exhibit A attached to the Complaint, and Does 1 through 100,

Claimants-in-Interpleader.

CASE NO.: CA 06-370 L

**~~[PROPOSED]~~ ORDER DIRECTING DEPOSIT OF STAKE**

After reviewing the Complaint, the Motion to Deposit Funds into the Registry of the Court and the supporting memorandum, and any responses or objections thereto, the Court hereby ALLOWS the Motion to Deposit Funds into the Registry of the Court.

Accordingly, the Court hereby directs and orders St. Paul Fire & Marine Insurance Company to deliver to the Clerk of this Court a check for $1,000,000.00 that is made payable to the Clerk, U.S. District Court. The Clerk shall thereafter deposit the check into a Money Market Account at Bank of America, 111 Westminster Street, Providence, Rhode Island 02903.

Without further order of this Court, the Clerk shall deduct from the income earned on the funds deposited a Court Fee in the amount of ten percent (10%) of the income earned, whenever such income becomes available for such deduction.

SO ORDERED.

ENTER:

RONALD R. LAGUEUX
Sr. United States District Judge

BY ORDER:

Deputy Clerk

August 17, 2006