**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| St. Paul Fire & Marine Insurance Co.,<br>Plaintiff-in-Interpleader,<br><br>v.<br><br>Albert Gray, Administrator,<br>Estate of Jude B. Henault,<br>and the other parties listed on Exhibit A,<br>Does 1 through 100,<br>Claimants-in-Interpleader. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 06-370-L |

**CLAIMANTS-IN-INTERPLEADER'S[1] ANSWER TO PLAINTIFF-IN-INTERPLEADER'S COMPLAINT AND COUNTERCLAIM AGAINST PLAINTIFF-IN-INTERPLEADER**

Claimants-in-Interpleader, for their answer to St. Paul Fire & Marine Insurance Company's ("St. Paul") Complaint in Interpleader, state:

**NATURE OF THE ACTION**

1. In its Complaint, St. Paul omitted parties indispensable to this action. Some Station Fire plaintiffs, who properly have claims against St. Paul's Insureds, are not listed by St. Paul as Claimants in its Exhibit A. (See Claimants' Exhibit 1, listing omitted parties).

**PARTIES**

2. Claimants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 2 and leave St. Paul to its proof.

3. Claimants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 3 and leave St. Paul to its proof.

4. Admitted.

5. Admitted.

[1] All Grey and Napolitano Plaintiffs by their attorneys as their signatures are set forth below.

6. Admitted only that Claimants are individuals who were injured, or are representatives of the estates of those who were killed, as a result of a fire at The Station, a nightclub in West Warwick, Rhode Island, on February 20, 2003, and are or were residents of various states. Claimants repeat and incorporate by reference Paragraph 1 hereinabove of this Response as if fully set forth herein.

7. Claimants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 7 and leave St. Paul to its proof.

**JURISDICTION AND VENUE**

8. Admitted.

9. Admitted only as to St. Paul's filing of a motion to deposit $1,000,000 into the Registry of the Court, with its Complaint in Interpleader. Claimants are without knowledge or information sufficient to form a belief as to the truth of the remaining information in Paragraph 9 and leave St. Paul to its proof.

10. Admitted.

11. Admitted.

**CLAIM FOR RELIEF**

12. Claimants repeat and incorporate by reference Paragraphs 1-11 hereinabove of this Response as if fully set forth herein.

13. Claimants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 13 and leave St. Paul to its proof.

14. Claimants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 14 and leave St. Paul to its proof.

15. Admitted.

16. Admitted. As to St. Paul's claim regarding the number of persons injured, there were more than two hundred people injured in The Station fire.

17. Claimants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 17 and leave St. Paul to its proof.

18. Claimants are without knowledge or information sufficient to form a belief as to the truth of the information in Paragraph 18 and leave St. Paul to its proof.

19. Denied.

20. Denied.

WHEREFORE, Claimants respectfully pray as follows:

(1) That St. Paul not be discharged and released from any and all liability under its policy, because by its policy terms, St. Paul is liable to Claimants for prejudgment interest.

(2) That the Insureds not be discharged and released from any and all liability in this case, because said release lies outside the scope of a statutory interpleader action, and is against public policy and the law.

(3) For such other relief as this Honorable Court deems reasonable and just.

**COUNTERCLAIM AND PRAYER FOR RELIEF**

1. Claimants repeat and incorporate by reference Paragraphs 1 through 20 hereinabove of this Answer as if set forth fully herein.

2. That St. Paul's request for release from any and all liability in this case be denied, because, by its own policy provisions, St. Paul is liable to Claimants for prejudgment interest on any and all verdicts awarded against any of its Insureds.

3. That said prejudgment interest runs from the date of The Station fire, February 20, 2003.

4. That this Court enter a declaratory judgment that St. Paul owes prejudgment interest as will be determined when and if a verdict and/or judgment is entered against its Insureds and/or until such time, if ever, that a judgment is entered on behalf of its Insureds and/or until a settlement involving its Insureds is reached.

5. That St. Paul amend its Claimants-in-Interpleader list (Claimants' Exhibit 3 which is St. Paul's Exhibit A), because some Station Fire plaintiffs, who properly have claims against St. Paul's Insureds, are not listed by St. Paul as Claimants. These omitted Claimants are listed in Claimants' Exhibit 1.

Plaintiffs 13(d); 13(e); 17-63, inclusive;
133-190, inclusive; 225-233, inclusive;
240 and 251 through 257, inclusive;
and Napolitano Plaintiffs;
By their Attorney:

/s/ Mark S. Mandell
Mark S. Mandell, #0502
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Facsimile: (401) 751-7830
Email: msmandell@msn.com

Plaintiffs 13(d); 13(e); 17-63, inclusive
133-190, inclusive; 225-233, inclusive;
240 and 251 through 257, inclusive;
and Napolitano Plaintiffs;
By their Attorney:

/s/ Max Wistow
/s/ John Barylick
Max Wistow, #0330
John P. Barylick, Esq. (#1907)
Wistow & Barylick, Inc
61 Weybosset Street
Providence, RI 02903-2824
Telephone: (401) 831-2700
Facsimile: (401) 272-9752
Email: mw@wistbar.com
Email: jpb@wistbar.com

Plaintiffs 1-11, inclusive; 12(b); 13(a)(b)(c);
14-16, inclusive, 80–132, inclusive;
222, 223 and 242 through 248, inclusive;
By their Attorney:

/s/ Patrick T. Jones
Patrick T. Jones, #6636
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Telephone: (617) 737-3100
Facsimile: (617) 751-7830
Email: pjones@cmj-law.com

Plaintiffs 64; 65(a); 66-68, inclusive;
192-195, inclusive; and 241;
Michelle Spence;
By their Attorney:

/s/ Stephen E. Breggia
Stephen E. Breggia, #2865
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908-3734
Telephone: (401) 831-1900
Facsimile: (401) 831-0129
Email: sbreggia@bbglaw.us

Plaintiffs 69; 70; 196; 249 and 250;
By their Attorney:

/s/ Eva-Marie Mancuco
Eva-Marie Mancuso, #3564
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
Telephone: (401) 455-3800
Facsimile: (401) 455-3806
Email: emancuso@hwac.com

Plaintiffs 12(a); 76-79, inclusive;
215-221, inclusive; 238, 258, 259,
263 and 264;
By their Attorney:

/s/ Steven A. Minicucci
Steven A. Minicucci, #4155
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907
Telephone: (401) 785-9400
Telephone: (401) 941-1550
Email: sminicucci@calvinolaw.com

Plaintiffs 65(b); 71-75, inclusive;
197-214, inclusive, 224; 234-237;
inclusive; and 260-262, inclusive;
265 and 266;
By their Attorney:

/s/ Michael A. St. Pierre
Michael A. St. Pierre, #2553
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
Telephone: (401) 822-2900
Facsimile: (401) 826-3245
Email: mikesp@rrsplaw.com

Plaintiffs 191 and 239;
By their Attorney:

/s/ Charles N. Redihan, Jr.
Charles N. Redihan, Jr., #1810
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
Telephone: (401) 831-2900
Facsimile: (401) 331-7123
Email: credihan@kprlaw.com

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro se* defendants on the 8th day of November 2006.

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE,
Angelonelaw@aol.com

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
RBengtson@ckmlaw.com

James A. Bigos, Esq.
jim@b-plaw.com
Russell Bramley, Esq.
bramley@hbhlaw.net

Joseph B. Burns, Esq.
ROME MC GUIGAN SABANOSH P.C.
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
CHOATE, HALL & STEWART
mcahill@choate.com
ehermanson@choate.com

Lawrence J. Cappuccio, Esq.
CAPPUCCIO & CAPPUCCIO
l.cappuccio@worldnet.att.net

Joseph Cavanagh Jr., Esq.
Kristen E. Rodgers, Esq.
BLISH & CAVANAGH
stationfire@blishcavlaw.com

Lawrence G. Cetrulo, Esq.
Stephen T. Armato, Esq.
Jennifer Creedon, Esq.
Kristen Blackburn, Esq.
CETRULO & CAPONE, LLC
lcetrulo@cetcap.com
sarmato@cetcap.com
jcreedon@cetcap.com
kblackburn@cetcap.com

John J. Cloherty, III, Esq.
PIERCE, DAVIS & PERRITANO, LLP
jcloherty@piercedavis.com

Edward M. Crane, Esq.
Deborah Solmor, Esq
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM
ecrane@skadden.com
dsolmor@skadden.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
LAW OFFICES OF BRIAN CUNHA
& ASSOCIATES
Brian@Briancunha.com

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD
tdemarco@conversent.net

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
jruggieri@hcc-law.com
sodonoghue@hcc-law.com

Marc DeSisto, Esq
DE SISTO LAW
stationfire@desistolaw.com

Stefanie DiMaio-Larivee, Esq.
GRILLI & DIMAIO
fonia@msn.com

Mark P. Dolan, Esq.
RICE, DOLAN & KERSHAW
ricedolank@aol.com

Christopher C. Fallon, Esq.
Josh M. Greenbaum
COZEN O'CONNOR
cfallon@cozen.com
jgreenbaum@cozen.com

Stephen P. Fogerty, Esq.
HALLORAN & SAGE LLP
fogerty@halloran-sage.com

Bennett R. Gallo, Esq.
NOLAN, DAILEY, GALLO
ROTHMICH & BRUNERO, LTD.
brg@ndgrb.com

Mark Hadden, Esq.
MHadden@mhaddenlaw.com

Timothy B. Hardwicke, Esq.
Suzanne Kadus, Esq.
Meghan H. Sullivan, Esq.
timothy.hardwicke@lw.com suzanne.kadus@lw.com
meghan.sullivan@lw.com

William M. Heffernan, Esq.
HEFFERNAN LAW OFFICES, PC
heffernanlaw@aol.com

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Edward T. Hinchey, Esq.
Robert T. Norton, Esq.
SLOANE & WALSH, LLP
ehinchey@sloanewalsh.com
rnorton@sloanewalsh.com

John G. Hines, Esq.
HINES & PATZ, INC.
Hines-Patz@conversent.net

Daniel J. Horgan, Esq.
THE HORGAN LAW OFFICES
horganlaw@snet.net

Stephen A. Izzi, Esq.
sizzi@mosesafonso.com

Craig A. Johns, Esq.
LAW OFFICES OF JOHN T. MADDEN
johnsc@Nationwide.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
COOLEY MANION JONES, LLP
pjones@cmj-law.com
PSchneider@cmj-law.com

Howard Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Michael Potenza, Esq.
DEBEVOISE & PLIMPTON
Bkeller@debevoise.com
mpotenza@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Kim M. Clarke, Esq.
NIXON PEABODY, LLP
StationFireLitigation@nixonpeabody.com
kclarke@nixonpeabody.com

Joseph Krowski, Esq.
josephkrowski.law@verizon.net

David D. Langfitt, Esq.
MONTGOMERY, MCCRACKEN, WALKER
& RHOADS LLP
dlangfitt@mmwr.com

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
SMITH & BRINK
rlanglois@smithbrink.com
lwilkins@smithbrink.com

James R. Lee, Esq.
DEPT. OF THE ATTORNEY GENERAL
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
MAC ADAMS & WIECK INC.
Rmacadams@mandwlaw.com

David E. Maglio, Esq.
DAVID E. MAGLIO & ASSOCIATES, P.C.
dmaglio@magliolaw.com

John R. Mahoney, Esq.
ASQUITH & MAHONEY LLP
johnmahoney@amlawllp.com
Eva Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
emancuso@hwac.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
msmandell@msn.com

Michael J. McCormack, Esq.
David T. Mitrou, Esq.
Joseph H. Aronson, Esq.
THE MC CORMACK FIRM
mmccormack@mccormackfirm.com
dmitrou@mccormackfirm.com
jaronson@mccormackfirm.com

W. Thomas McGough Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Edwin F. McPherson, Esq.
MC PHERSON & KALMANSOHN LLP
emcpherson@m-klaw.com

Matthew E. Medeiros, Esq.
LITTLE, BULMAN, MEDEIROS & WHITNEY
mfm@lmkbw.com

Howard Merten, Esq.
Hmerten.station@psh.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
sminicucci@calvinolaw.com
wfilippo@calvinolaw.com

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
Rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN, LLP
stationfire@hansoncurran.com

John J. Nazzaro, Esq.
JOHN NAZZARO LAW OFFICES
attynazzaro@aol.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
MORRISON, MAHONEY & MILLER
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

William E. O'Gara, Esq.
PANNONE LOPES & DEVEREAUX LLC
wogara@pld-law.com

J. Renn Olenn, Esq.
OLENN & PENZA
KBH@olenn-penza.com

Mark E. Parsky, Esq.
McVEY & PARSKY, LLP
mep@mcveyparsky-law.com

Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
sprignano@eapdlaw.com
smacgillivray@eapdlaw.com

Robert I Reardon, Jr., Esq.
THE REARDON LAW FIRM, P.C.
Reardonlaw@aol.com

Charles N. Redihan Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
credihan@kprlaw.com

James H. Reilly III, Esq.
Donald J. Maroney, Esq.
KELLEY, KELLEHER, REILLY & SIMPSON
jreilly@kkrs.com
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI
Resminilaw@yahoo.com

Peter L. Resnik, Esq.
Steven W. Kasten, Esq.
McDermott Will & Emery
presnik@mwe.com
skasten@mwe.com

Dennis J. Roberts II, Esq.
Law Offices of Dennis J. Roberts II
kgoyer@djrlaw.com

Michael G. Sarli, Esq.
Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
mgs@gsm-law.com
mrd@gsm-law.com

Ann M. Songer, Esq.
George E. Wolf, III, Esq.
SHOOK, HARDY & BACON, LLP
stationfire@shb.com

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE P.C.
mikesp@rrsplaw.com

Georgia Sullivan, Esq.
LAW OFFICES OF DAVID J. MATHIS
Georgia.Sullivan@thehartford.com

Rajaram Suryanarayan, Esq.
Eric B. DiMario, Esq.
GUNNING & LAFAZIA, INC.
rsury@gunninglafazia.com

Henry M. Swan, Esq.
DAVIS, KILMARX, SWAN & BOWLING
hms@dksblaw.com

Mark R. Ter Molen, Esq.
MAYER, BROWN, ROWE & MAW LLP
mtermolen@mayerbrownrowe.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
aminchillo@itwlaw.com

Andrew Trevelise, Esq.
REED SMITH LLP
atrevelise@reedsmith.com

Bruce G. Tucker, Esq.
btucker@legalmgt.com

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN, LLP
Stucker@ths-law.com

T. Dos Urbanski, Esq.
Michael J. Mazurczak, Esq.
MELICK, PORTER & SHEA, LLP
durbanski@melicklaw.com
mmazurczak@melicklaw.com

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
CBabcock@jw.com

Max Wistow, Esq.
John P. Barylick, Esq.
WISTOW & BARYLICK
jdean@wistbar.com
jpb@wistbar.com

David A. Wollin, Esq.
William F. Burke, Esq.
ADLER, POLLOCK & SHEEHAN
dwollin@apslaw.com
wburke@apslaw.com

Esquire Deposition Services, LLC.
stationfire@esquirecom.com.

John J. Flanagan, Esquire
flanagan@torti.com

S. Michael Levin, Esquire
WINOGRAD SHINE & ZACKS P.C.
mlevin@wszlaw.com

Daniel P. McKiernan, Esquire
McKIERNAN, THOMPSON & MILLEA
dmckiernan@mtmlaw.us

/s/ Mark S. Mandell_____________________