# EXHIBIT 1

# EXHIBIT 1

(1) Rodney J. Gaumitz, individually and as mother and next friend of Tyler Gaumitz and Collin Gaumitz (#114);

(2) Ray F. Beauchaine, Jr., and Ray F. Beauchaine, Jr., as father and next friend of Ray F. Beauchaine, III, Christopher R. Beauchaine and Ashley Beauchaine, minor children of Ray Beauchaine, Jr. (#159);

(3) Michelle Spence, individually and as mother and next friend of Hailey Spence (#241).