# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| 1. Albert L. Gray, Adm. of the Estate of Derek Gray, and on behalf of Jani L. Gray-McGill, minor child of the decedent, Derek Gray; | CIVIL ACTION NO. 04-312L |
| 2. Joanne O'Neill, Adm. of the Estate of Nicholas O'Neill and Dennis T. Kane; | JURY TRIAL CLAIMED |
| 3. Marie G. Morton, Adm. of the Estate of Jason R. Morton, individually as wife and surviving spouse of the decedent, Jason R. Morton, and as mother and next friend of Kaitlin Marie Morton and Ashley Marie Morton, minor children of the decedent, Jason R. Morton; | **<u>THIRD AMENDED MASTER COMPLAINT</u>** |
| 4. Angel O. Amitrano, Adm. of the Estate of Thomas A. Barnett; | |
| 5. Joanne L. Mitchell and William Mitchell, Co-Adm. of the Estate of Donna M. Mitchell, and Joanne L. Mitchell, as guardian and next friend of Brooklyn Belanger and Joslynn Belanger, minor children of the decedent, Donna M. Mitchell; | |
| 6. Scott J. Vieira, Adm. of the Estate of Kelly Lynn Vieira, and as husband and surviving spouse of the decedent, Kelly Lynn Vieira, and as father and next friend of Crystle Vieira, minor child of the decedent, Kelly Lynn Vieira; | |
| 7. Patricia Avilez, Adm. of the Estate of Eugene Avilez; | |
| 8. Jennifer L. Young, Adm. of the Estate or Robert Daniel Young and as wife and surviving spouse of the decedent, Robert Daniel Young; | |
| 9. Leonard Angers, Adm. of the Estate of Stacie J. Angers; | |
| 10. Dorothy Marion, Adm. of the Estate of Thomas Frank Marion, Jr.; | |
| 11. Yvette Fresolo, Administratrix of the Estate of Michael Fresolo, and as wife and surviving spouse of the decedent, Michael Fresolo, and as mother and next friend of Maria Fresolo and Emily Fresolo, minor children of the decedent, Michael Fresolo; | |
| 12. J. Patrick Longley, Administrator of the Estate of Ty Longley, and Heidi Peralta Longley, as | |

parent of and for the benefit of AceyTy Longley, minor child of the decedent, Ty Longley; )

13. Katherine Shubert, Administratrix of the Estate of Mitchell Shubert, and as wife and surviving spouse of the decedent, Mitchell Shubert, and as mother and next friend of Melissa Cara Shubert, minor child of the decedent, Mitchell Shubert; Maryanne Shubert, as minor daughter at the time of death of Mitchell Shubert, and Laura Shubert, as mother and next friend of Mitchell J. Shubert, Jr., minor child of the decedent, Mitchell Shubert; )

14. Eileen L. DiBonaventura, Adm. of the Estate of Albert DiBonaventura and Albert C. DiBonaventura )

15. Donna DeBoard, Adm. of the Estate of Daniel Fredrickson, and on behalf of Amanda Fredrickson, Ryan Fredrickson, Amber Fredrickson and Kenneth Fredrickson, minor children of the decedent, Daniel Fredrickson; )

16. Judith Marie Croteau, Adm. of the Estate of her son, Robert J. Croteau; )

17. Warren L. Baker, III and John J. Decosta, III, Co-Adm. of the Estate of Mary H. Baker and John J. Decosta, III as the natural and legal guardian of the persons and estates of Alison M. Decosta, John R. Decosta, Scott A. Decosta and Michael J. Decosta, minor children of the decedent, Mary H. Baker, and Warren L. Baker, III, as husband and surviving spouse of Mary H. Baker; )

18. Dorothy E. Bonardi, Adm. of the Estate of William C. Bonardi, III; )

19. Denise M. Gordon, Adm. of the Estate of Alfred C. Crisostomi and Denise M. Gordon as mother and next friend of Brandon M. Crisostomi, minor child of the decedent, Alfred C. Crisostomi; )

20. Michael F. Loring, Adm. of the Estate of Kevin Dunn and Eileen Dunn as surviving spouse of Kevin Dunn and mother and next friend of Joanna Dunn, minor child of the decedent, Kevin Dunn; )

21. Paul Roe, Adm. of the Estate of Lori K. Durante, and Anthony J. Durante as father and next friend of Anthony Durante and Matthew Durante, minor children of the decedent, Lori K. Durante; )

22. Loriann Gooden, Adm. of the Estate of James F. Gooden, and Loriann Gooden, individually as )

wife and surviving spouse of the decedent, James F. Gooden; )

23. Claire H. Bruyere, Adm. of the Estate of Bonnie L. Hamelin; )
24. John M. Hoban, Adm. of the Estate of Andrew R. Hoban; )
25. Paula A. McLaughlin, Adm. of the Estate of Michael B. Hoogasian; )
26. Paula A. McLaughlin, Adm. of the Estate of Sandy L. Hoogasian; )
27. Maria Latulippe, Adm. of the Estate of Dale L. Latulippe and as the natural and legal guardian of the person and estate of Dustin T. Latulippe, minor child of the decedent, Dale L. Latulippe; )
28. John A. Longiaru and Sus Longiaru, Co-Adm. of the Estate of John M. Longiaru; )
29. Sarah R. Mancini and Anthony B. Mancini, Co-Adm. of the Estate of Keith A. Mancini; )
30. Barbara Magness, Adm. of the Estate of Steven R. Mancini; )
31. Paul A.. Morin, Adm. of the Estate of Ryan M. Morin; )
32. Roderick Prouty, Nancy A. Lee and Paula Woodcock, Co-Adm. of the Estate of Christopher Prouty and Paula Woodcock as mother and next friend of Makayla Marie Prouty, the minor child of the decedent Christopher Prouty; )
33. Susan Sylvia, Adm. of the Estate of Kevin Anderson, Melinda Bloomingburgh, as mother and next friend of Kevin Gage, minor child of the decedent, Kevin Anderson, and Sheila Palumbo, as mother and next friend of Brandon Palumbo, minor child of the decedent, Kevin Anderson; )
34. Ray F. Beauchaine, Sr., Adm. of the Estate of Laureen Beauchaine, Ray Beauchaine, Jr., individually as husband and surviving spouse of the decedent, Laureen Beauchaine, and Ray Beauchaine, Jr., as father and next friend of Ray F. Beauchaine, III, Christopher R. Beauchaine and Ashley Beauchaine, minor children of the decedent, Laureen Beauchaine; )
35. Sally Blom and Rolland Blom, Co-Adm. of the Estate of Steven Blom, and Sharon Colpitts as mother and next friend of Steven Blom, Jr., a minor child of the decedent, Steven Blom; )
36. Catherine Cabral, Adm. of the Estate of Richard )

Cabral, Jr., Catherine Cabral, individually as wife and surviving spouse of the decedent, Richard Cabral, Jr., and Catherine Cabral, as mother and next friend of Christine Cabral and Richard Cabral, III, minor children of the decedent, Richard Cabral, Jr.; )

37. William H. Cartwright, Jr., Adm. of the Estate of William W. Cartwright; )
38. Katherine Cordier and Ronald J. Cordieri, Co-Adm. of the Estate of Michael Cordier; )
39. Mark D'Andrea, Adm. of the Estate of Lisa D'Andrea; )
40. Peter M. DiRienzo, Adm. of the Estate of Christina DiRienzo, Peter M. DiRienzo, individually as husband and surviving spouse of the decedent, Christina DiRienzo, Peter M. DiRienzo, as father and next friend of Beau DiRienzo, minor child of the decedent, Christina DiRienzo, and Peter M. DiRienzo, Jr., as minor son of the deceased, Christina DiRienzo at the time of her death; )
41. Lawrence E. Fick, Adm. of the Estate of Charline E. Fick, and Lawrence E. Fick, as father and next friend of Samantha Fick and William Fick, minor children of the decedent, Charline E. Fick; )
42. Timothy J. Fleming, Adm. of the Estate of Thomas J. Fleming; )
43. Dean DePietro, Adm. of the Estate of Rachel K. Florio-DePietro, and Dean DePietro, as father and next friend of Adrian DePietro, a minor child of the decedent, Rachel K. Florio-DePietro; )
44. James C. Gahan, III, Adm. of the Estate of James C. Gahan, IV; )
45. Sandra L. Greene, Adm. of the Estate of Scott C. Greene, and Sandra L. Greene, individually as wife and surviving spouse of the decedent, Scott C. Greene; )
46. Anthony Mignanelli, Esq., Adm. of the Estate of Scott S. Griffith, and Nancene Cohen as guardian of the Estate and next friend of Kacie L. Griffith, a minor child of the decedent, Scott S. Griffith; )
47. Bonnie A. Hoisington, Adm. of the Estate of Abbie L. Hoisington; )
48. Carlton L. Howorth, Jr., Adm. of the Estate of Carlton L. Howorth, III, and Karen E. Howorth, )

individually and as mother and next friend of Elizabth Howorth, a minor child of the decedent, Carlton L. Howorth, III; )

49. George F. Phelan, Esq., Adm. of the Estate of Lisa Kelly and as Guardian of the Estate and next friend of Zoe Kingsley, minor child of decedent, Lisa Kelly; )

50. Evelyn L. King, Adm. of the Estate of Tracy F. King, Evelyn L. King, individually as wife and surviving spouse of the decedent, Tracy F. King, Evelyn L. King, as mother and next friend of Joshua King and Jacob King, minor children of the decedent, Tracy F. King and Rozilyn Guy, as mother and next friend of Jordan King, minor child of the decedent, Tracy F. King; )

51. Barbara A. Kulz and George A. Kulz, Co-Adm. of the Estate of Michael J. Kulz; )

52. Tammy Lapierre, Adm. of the Estate of Keith R. Lapierre, Tammy Lapierre, individually as wife and surviving spouse of the decedent, Keith R. Lapierre, and Tammy Lapierre, as mother and next friend of Ryan S. Lapierre and Sarah R. Lapierre, minor children of the decedent, Keith R. Lapierre; )

53. Judith Carver, Adm. of the Estate of Kristin L. McQuarrie; )

54. Richard Moreau and Jean Moreau, Co-Adm. of the Estate of Leigh Ann Moreau; )

55. Michael Reno, Esq., Adm. of the Estate of Beth Mosczynski; )

56. Richard H. Rakoski, Adm. of the Estate of Theresa L. Rakoski, and Richard H. Rakoski, individually as husband and surviving spouse of the decedent, Theresa L. Rakoski; )

57. Judy O'Brien, Adm. of the Estate of Robert L. Reisner, III; )

58. John J. Shaw, Exec. of the Estate of Rebecca Shaw; )

59. Veda Kerr, Adm. of the Estate of Victor L. Stark; )

60. Zachary S. Suffoletto and Diana L. Shaughnessy, Co-Adm. of the Estate of Benjamin J. Suffoletto, Jr.; )

61. Zachary S. Suffoletto and Diana L. Shaughnessy, Co-Adm. of the Estate of Linda D. Suffoletto; )

62. Honorina Washburn, Adm. of the Estate of )

Kevin R. Washburn; )
63. Cheryl Haines, Adm. of the Estate of Everett T. Woodmansee, III; )
64. Melinda J. Darby, Adm. of the Estate of Matthew P. Darby, individually and as natural parent, next friend and guardian of Jessica L. Darby and Sarah M. Darby, minor children of the decedent, Matthew P. Darby; )
65. John S. Brunero, Jr., Esq., Administrator c.t.a. of the Estate of Tracey L. Romanoff and Jordan Blasbalg as guardian of Joshua Blasbalg and Lindsey Blasbalg, minor children of the decedent, Tracey Romanoff; )
66. Mark P. Hyer, Sr., Adm. of the Estate of Eric J. Hyer; )
67. Annmarie Swidwa, Adm. of the Estate of Bridget M. Sanetti; )
68. Stephen A. Gillett, Adm. of the Estate of Laura L. Gillett, individually and as father, next friend and permanent legal guardian of Jake T. Gillett and Jared J. Gillet, minor children of the decedent, Laura L. Gillett; )
69. Suzanne Fox, Adm. of the Estate of Jeffrey Wood Martin; )
70. Ellen-Marie Stowers, Adm. of the Estate of Jennifer L. Stowers; )
71. Sharon Eaton, Adm. of the Estate of Edward B. Corbett, III; )
72. Patricia Belanger, Ex. of the Estate of Dina A. DeMaio and Steven Beardsworth, temporary guardian of Justin Perry, minor child of the decedent, Dina A. DeMaio; )
73. Robert J. Johnson, Sr., Adm. of the Estate of Derek B. Johnson; )
74. Jacqueline Jacavone, Adm. of the Estate of Andrea L. Jacavone-Mancini; )
75. Leo Smith and Doris Smith as Co-Adm. of the Estate of Dennis J. Smith; )
76. Korina Arruda and Steven A. Minicucci, Co-Adms. of the Estate of Christopher G. Arruda and Korina Arruda as surviving spouse of the decedent, Christopher G. Arruda; )
77. Gerard W. Fontaine and Rosanna C. Fontaine, Co-Adm. of the Estate of Mark A. Fontaine; )
78. John J. Libera and Joanne T. Libera, Co-Adm. of the Estate of Stephen Matthew Libera; )
79. Edward C. Ervanian as Adm. of the Estate of )

Edward E. Ervanian; )
80. Kathleen Sullivan; )
81. Scott J. Vieira, individually and as father and next friend of Crystle Vieira, his minor child; )
82. Susan H. Chamberlin; )
83. John F. Van Deusen, III, individually and as father and next friend of John F. Van Deusen, IV and Dylan Van Deusen, minor children of John F. Van Deusen, III; )
84. Robert J. Luxton; )
85. Elizabeth Arruda, individually and as mother and next friend of Zoey Retamoza, minor child of Elizabeth Arruda; )
86. Robert W. Rager, )
87. Joseph K. Kinan individually and Joseph K. Kinan and Maureen Sullivan, as parents and next friends of Kaitlin E. Sullivan, a minor; )
88. John F. Fairbairn, individually and as father and next friend of John Fairbairn and Ariana Fairbairn, minor children of John F. Fairbairn; )
89. Andrea F. Fairbairn, individually and as mother and next friend of John Fairbairn, Ariana Fairbairn, Amanda Melendez Durfee and Christopher Melendez Durfee, minor children of Andrea F. Fairbairn; )
90. Jose Roberto Demos, individually and as father and next friend of Vanessa Santos Demos and Samuel Santos Demos, minor children of Jose Roberto Demos; )
91. Roberta O'Melia, individually and as mother and next friend of Brendan O'Melia and Christian O'Melia, minor children of Roberta O'Melia; )
92. Fredrick P. Vallante, Jr., individually and as father and next friend of Caitlyn Vallante and Courtney Vallante, minor children of Fredrick P. Vallante, Jr.; )
93. Kerrie-Lynn Beers, individually and as mother and next friend of Jeremy T. Beers, minor child of Kerrie-Lynn Beers; )
94. Francis J. Canillas; )
95. David Ciccone; )
96. Christopher J. Travis; )
97. Jon R. Schmidt, individually and as father and next friend of Ryan Schmidt and Evan Schmidt, minor children of Jon R. Schmidt; )
98. David B. MacDonald, individually and as father )

and next friend of David B. MacDonald, Jr., minor child of David B. MacDonald; )

99. Paul du Fossé; )

100. John R. Arpin, individually and as father and next friend of Ryan Arpin and Matthew Arpin, minor children of John R. Arpin; )

101. Paula Gould; )

102. Kevin J. Beese, Sr., individually and as father and next friend of Taylor Beese, Brittany Beese and Kevin Beese, Jr., minor children of Kevin J. Beese, Sr.; )

103. Shaun O'Donnell; )

104. Brian Loftus; )

105. Christopher Costa, individually and as father and next friend of Leah Elizabeth Costa Turck, minor child of Christopher Costa; )

106. Georgette Giroux-Brown, individually and as mother and next friend of Ben Giroux-Brown, minor child of Georgette Giroux-Brown; )

107. Stephanie Zannella; )

108. Roberta J. Prete, individually and as mother and next friend of Michael Falco, minor child of Roberta J. Prete; )

109. Catherine Randall, individually and as mother and next friend of Douglas Randall and Meagan Randall, minor children of Catherine Randall; )

110. Edward Pezzelli, Jr., individually and as father and next friend of Edward Pezzelli, III and Hannah Pezzelli, minor children of Edward Pezzelli, Jr.; )

111. Paul Pezzelli, individually and as father and next friend of Megan Pezzelli and Kyle Pezzelli, minor children of Paul Pezzelli; )

112. Joseph P. Barber, individually and as father and next friend of Max Leili and Brandon Tully, minor children of Joseph P. Barber; )

113. Irina M. Gershelis, individually and as mother and next friend of Brentin St. Jean and Colner St. Jean, minor children of Irina M. Gershelis; )

114. Rodney J. Gaumitz, individually and as father and next friend of Tyler Gaumitz and Collin Gaumitz, minor children of Rodney J. Gaumitz; )

115. Donna Reis; )

116. Ronald S. Schoepfer; )

117. Richard J. Grace; )

118. Tawnya Kelly, individually and as mother and next friend of Andrew A. Jones and Aryanna F. )

Greene, minor children of Tawnya Kelly; )
119. Gregory Scott Dufour, individually and as father and next friend of Ashley A. Dufour, minor child of Gregory Scott Dufour; )
120. John D. Wigginton; )
121. Scott Dunbar; )
122. Joseph Lusardi; )
123. John Kudryk; )
124. Brandon Fravala, individually and as father and next friend of Nicholas James Douglas Fravala, minor child of Brandon Fravala; )
125. David Fravala; )
126. Robin Petrarca; )
127. Michael Stefani, individually and as father and next friend of Jade Bartels, minor child of Michael Stefani; )
128. Hollie A. Pomfret and Justin Pomfret, individually and as parents and next friends of Alexis Pomfret and Skylar Pomfret, minor children of Hollie A. Pomfret; )
129. Justin Pomfret and Hollie A. Pomfret, individually and as parents and next friends of Alexis Pomfret and Skylar Pomfret, minor children of Justin Pomfret; )
130. Al Prudhomme and Charlene Prudhomme as wife of Al Prudhomme; )
131. Charlene Prudhomme and Al Prudhomme as husband of Charlene Prudhomme; )
132. Robert Harrington; )
133. Robert A. Barlow; )
134. Kristen A. Brown; )
135. Andrew S. Richardson, Trustee in Bankruptcy for Patricia L. Clarke, Patricia L. Clarke, individually and Patricia L. Clarke as mother and next friend of Kira Lynn Clarke, a minor; )
136. Gennaro Companatico, individually and as father and next friend of Samantha Companatico and Genna Companatico, minors; )
137. Richard Cook, Sarah Amy Cook as wife of Richard Cook and Richard and Sarah Cook as parents and next friends of their minor child, Cooper R Cook; )
138. Richard DelSanto, individually and as parent and next friend of his minor children, Jarred Ferrara and Evan Parr; )
139. Joseph A. DiBona, Jr.; )
140. Linda M. Fisher, individually, Kevin J. Fisher, )

individually and Linda M. Fisher and Kevin J. Fisher as parents and next friends of Amber Fisher, a minor; )

141. Joseph M. Flynn; )
142. Lisa C. Hale, individually and as mother and next friend of Kylen Hale, a minor; )
143. Laurie A. Hussey, individually, John Edward Hussey, Jr., individually and Laurie A. Hussey and John Edward Hussey as parents and next friends of Hallie Ann Hussey and Rayanna Leigh Hussey, minors; )
144. Marc A. Lucier; )
145. Matthew Mallette, individually, Jessica Mallette, individually and Matthew Mallette and Jessica Mallette as parents and next friends of Joshua Mallette and Cameron Mallette, minors; )
146. John Mangan, Jr. )
147. Frances P. McMurray; )
148. Christopher J. Nowicki; )
149. Paul M. Pelletier; )
150. Michael Perreault; )
151. Christopher A. Peters; )
152. Jonathan Petrin; )
153. Jason Piscopio; )
154. John A. Rezendes, individually and as father and next friend of Leah M. Rezendes and Cameron M. Rezendes, minors; )
155. Catherine C. Sagesta, individually and Kathleen Sagesta as legal guardian of Christin Cameron and Samantha Cameron, minor children of Catherine C. Sagesta )
156. George Solitro; )
157. Gary Stein, individually and as father and next friend of Victoria Stein and Joshua Stein, minors; )
158. Melissa A. Stephenson; )
159. Ray F. Beauchaine, Jr., and Ray F. Beauchaine, Jr., as father and next friend of Ray F. Beauchaine, III, Christopher R. Beauchaine and Ahsley Beauchaine, minor children of Ray Beauchaine, Jr.; )
160. Julie Belson; )
161. Kevin Blom; )
162. Milisa Bump, individually and as mother and next friend of Dereck Bump and Sandra Dunn, minor children of Milisa Bump; )
163. Jennifer Choquette; )

164. Nicole Conant; )
165. Stephanie Conant; )
166. Arthur J. Conway, III; )
167. Robert Cushman; )
168. Shauna Dell, and Claude Richard as husband of Shauna Dell; ) )
169. Claude Richard and Shauna Dell as wife of Claude Richard; ) )
170. Richard Dufour, Jr.; )
171. James Dufresne, individually and as father and next friend of James J. Dufresne, Jr. and Bryan Dufresne, minor children of James Dufresne; ) ) )
172. John Gibbs; )
173. Gregory Gray; )
174. Grant Hall; )
175. Michael Iannone; )
176. Adrian Krasinskas; )
177. Joseph LoBianco; )
178. David McGinn; )
179. Deborah Peduzzi, individually and Deborah Peduzzi as parent and next friend of Joseph Peduzzi and Ashley Peduzzi, minors; ) ) )
180. Dawn Perry, individually and Stephen Perry, as husband of Dawn Perry; ) )
181. Stephen Perry, individually and Dawn Perry, as wife of Stephen Perry; ) )
182. Robin Precourt, and Justina Martin as minor daughter at the time of injury to Robin Precourt; ) )
183. Gina Russo, and Gina Russo, as mother and next friend of Alex Odsen and Nicholas Odsen, minor children of Gina Russo; ) ) )
184. Milton Servis, II; )
185. Derrick Silva; )
186. Erik Sippy; )
187. David Steets, individually and as father and next friend of David M. Steets, a minor; ) )
188. Raul Vargas and Melanie Vargas, individually and as parents and next friends of Bryan Vargas, a minor; ) ) )
189. Jennifer Viera; )
190. Andrew S. Richardson, Trustee in Bankruptcy for Debra Wagner and Brian Wagner, individually, and Debra Wagner and Brian Wagner as parents and next friends of Krystal Wagner, a minor; ) ) ) ) )
191. Gina M. Gauvin, individually and as parent and next friend of Shayna S. Gauvin and Joseph ) )

Jordan; )

192. Scott C. Moresco, individually, and in his capacity as natural parent, next friend and guardian of Tatiana Abel; )
193. Mario B. Cardillo, individually and Kathleen M. Cardillo as wife of Mario B. Cardillo; )
194. Kathleen M. Cardillo, individually, and Mario B. Cardillo as husband of Kathleen M. Cardillo; )
195. Tammy M. St. Hilaire; )
196. Robert P. Feeney; )
197. David D. Brennan, individually and Susan Brennan as wife of David D. Brennan; )
198. Robert M. Cripe; )
199. Neil E. Cronin; )
200. Karen M. Gordon; )
201. Paul R. Gordon; )
202. Joseph A. Jones; )
203. Lee A. Karvonen; )
204. Theresia M. LaBree; )
205. Melissa J. Minor, individually and John Minor as husband of Melissa J. Minor; )
206. Charles A. Oberg; )
207. Linda A. Ormerod; )
208. John S. Pinkham; )
209. Victoria L. Potvin; )
210. Kerrie A. Rock; )
211. Timothy J. Rossano; )
212. Nancy S. Trautz, individually and Chris C. Trautz as husband of Nancy S. Trautz; )
213. Donovan Williams, individually and as parent and next friend of Zachary Williams, Hayley Williams and Dylan Williams; )
214. Sharon A. Wilson; )
215. Melanie Fontaine; )
216. Shawn Lourenco and Mary Lourenco, as Legal Guardian on behalf of Shawn Lourenco's children, Bryan Lourenco, Brett Lourenco and Brad Lourenco; )
217. Ashley A. Poland; )
218. Joseph Cristina; )
219. William Rancourt; )
220. Matthew Dussault; )
221. Paul Bertolo; )
222. Cynthia A. Nobles, individually, and Edward D. Nobles as husband of Cynthia A. Nobles and next friend of Ethan MacLeod and Brandon Nobles; )

223. Edward D. Nobles, individually, and Cynthia A. Nobles as wife of Edward D. Nobles and next friend of Brandon Nobles; )
224. Donald N. Trudeau, individually, and Roberta Trudeau as wife of Donald N. Trudeau; )
225. Jane C. Sylvester and Robert L. Sylvester, Co-Adm. of the Estate of Jason Sylvester; )
226. Erin Pucino, individually and as mother and next friend of Sterling Pucino, her minor child; )
227. Dorothy Pimentel, Administratrix of the Estate of Carlos Pimental, individually and as mother and next friend of Savannah, Carlos, Jr., Cheyenne and Cullin Pimentel, minor children of Carlos Pimentel, deceased; )
228. Kimberly Rich as Adm. of the Estate of Walter E. Rich, individually and as next friend of Christopher Rich, minor child of the decedent, Walter E. Rich; )
229. Cathren M. Prunier, individually and as mother and next friend of Peter Shays, Angela Shays and Christopher Shays, her minor children; )
230. Glenn Therriault, Cristina Therriault as wife of Glenn Therriault and Glenn Therriault as father and next friend of Maya Therriault, his minor daughter; )
231. Bruce Cormier and Donna Cormier as wife of Bruce Cormier; )
232. Donna Cormier and Bruce Cormier as husband of Donna Cormier; )
233. Brenda Cormier; )
234. Anthony Manzo, Adm. of the Estate of Judith Manzo and as father and next friend of Brianna B. Manzo and Anthony Manzo, II, minor children of Judith Manzo; )
235. Raymond Mattera and Jaromir Housa, Co-Adm. of the Estate of Tammy A. Mattera-Housa, Jaromir Housa as surviving spouse and as father and next friend of Nicholas Housa, and Raymond Mattera and Diane Mattera as parents and next friend of Nathan Robert Mattera; )
236. Erin Whalen; )
237. Stephanie Simpson, individually and as next friend of her minor children, Matthew Simpson, David Simpson and Tayla Simpson; )
238. Richard Wiggs; )
239. John F. Pickett, Adm. of the Estate of Matthew J. Pickett; )

240. Michael R. Ricardi )
241. Michelle Spence, individually and as mother and next friend of Hailey Spence )
242. Carla S. Alves, Administratrix of the Estate of Louis S. Alves; )
243. Jesse Botelho; )
244. Charles J. Maraglia and Donna L. Micchelli, Co-Administrators of the Estate of Karla Bagtaz; )
245. Kevin Bowe; )
246. Jonathan P. Brennan; )
247. Elizabeth O'Connor, individually and as mother and next friend of John O'Connor; )
248. Gary M. Tremblay; )
249. Eugene Goguen, Brenda Goguen and Eugene Goguen and Brenda Goguen as parents and next friends of Nichole Goguen, Casey Goguen and Haley Goguen; )
250. Michael Magee, Carol Magee and Michael Magee and Carol Magee as parents and next friends of Arianna Magee; )
251. Craig Ballard; )
252. Jordon Clark; )
253. Jeannette Garcia, individually and as mother and next friend of her minor children, Diego Garcia and Timothy John Greene; )
254. Carolyn Moore; )
255. Christopher O'Donnell, Administrator of the Estate of Katherine O'Donnell; )
256. Scott Preuit, Leslie Preuit and Scott Preuit as parent and next friend of Scott Preuit, Jr. and Andrew Preuit, his minor children; )
257. John DiMeo; )
258. Nathan D. White, Administrator of the Estate of Tina M. Ayer and as father and next friend of Daniel White, minor child of Tina M. Ayer; )
259. Marc Blevins; )
260. Kerrie A. Amato; )
261. Lisa Geremia, Esq., Trustee in Bankruptcy for Scott G. Dawson; )
262. Steven M. Tavares; )
263. Brianna Quarry; )
264. Anna Gruttadauria, Administratrix of the Estate of Pamela Gruttadauria; )
265. Eric Williams; )
266. Lisa Shea; )

(267 through 270 reserved) )

Plaintiffs, )

vs.

D1. Jeffrey Derderian;
D2. Michael Derderian;
D3. DERCO, LLC;
D4. Howard Julian;
D5. Triton Realty Limited Partnership;
D6. Triton Realty, Inc.;
D7. Raymond Villanova;
D8. Jack Russell;
D9. Jack Russell Touring, Inc.;
D10. Paul Woolnough;
D11. Manic Music Management, Inc.;
D12. Knight Records, Inc.;
D13. Daniel Biechele;
D14. Anheuser-Busch, Incorporated;
D15. Anheuser-Busch Companies, Incorporated;
D16. McLaughlin & Moran, Inc.;
D17. WHJY, Inc. and Capstar Radio Operating Company;
D18. Clear Channel Broadcasting, Inc.;
D19. Denis P. Larocque, Fire Inspector;
D20. Anthony Bettencourt;
D21. Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick;
D22. State of Rhode Island;
D23. Irving J. Owens, Fire Marshal;
D24. Brian Butler;
D25. TVL Broadcasting, Inc.;
D26. STC Broadcasting, Inc.;
D27. Barry H. Warner;
D28. Luna Tech, Inc.;
D29. High Tech Special Effects, Inc.;
D30. American Foam Corporation;
D31. Leggett & Platt, Incorporated;
D32. L&P Financial Services Co.;
D33. General Foam Corporation;
D34. GFC Foam, LLC;
D35. Foamex LP;
D36. Foamex International Inc.;
D37. FMXI, Inc.;
D38. PMC, Inc.;
D39. PMC Global, Inc.;
D40. JBL Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional;

D41. Essex Insurance Company; )
D42. Multi-State Inspections, Inc.; )
D43. High Caliber Inspections, Inc.; )
D44. Underwriters at Lloyd's, London; )
D45. Gresham & Associates of R.I., Inc.; )
D46. ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc.; )
D47. Superstar Services LLC; )
D48. through D58. "John Doe" defendants (being unknown defendants who manufactured, distributed, sold or installed non-flame-retardant foam or other defective products in use at The Station nightclub on February 20, 2003, who inspected the premises after installation of the foam but prior to February 20, 2003, who promoted, managed and produced the appearance of Great White at The Station nightclub on February 20, 2003, or who received property from Triton Realty-related persons or entities with intent to hinder, delay or default Plaintiffs); )
D59. Surplex Underwriters Inc.; )
D60. V.B. Gifford & Company, Inc.; )
D61. Anchor Solutions Company, Inc.; )
D62. Stephen D. Murray; )
D63. Joseph Lafontaine d/b/a New England Custom Alarms; )
D64. Polar Industries, Inc.; )
D65. Home Depot U.S.A., Inc.; )
D66. Celotex Corp.; )
D67. Knight-Celotex Lisbon Falls LLC; )
D68. Knight-Celotex LLC; )
D69. Knight Industries, Inc. )
D70. Knight Industries, LLC; )
D71. Knight Industries I, LLC; )
D72. FFNC, Inc.; )
D73. Aram Dermanouelian; )
D74. Framingham-150 FR Realty Limited Partnership by Framingham-150 FR Realty, Inc., its general partner; )
D75. Seekonk-226 Limited Partnership by Seekonk-226, Inc., its general partner; )
D76. Frances A. Villanova; )
D77. Busch Entertainment Corporation; )
D78. Busch Media Group, Inc.; )
D79. TVL Broadcasting of Rhode Island, LLC; )
D80. LIN Television Corporation; )
D81. LIN T.V. Corp.; )
D82. Mark Kendall; )

D83. David Felice; )
D84. Eric Powers; )
D85. Wm. T. Burnett & Co., Incorporated; )
D86. Wm. T. Burnett Operating LLLP, by its general )
partner, Wm. T. Burnett Management, Inc.; )
D87. Wm. T. Burnett Management, Inc.; )
D88. Wm. T. Burnettt & Co.; )
D89. Sealed Air Corp.; )
D90. Sealed Air Corp., U.S.; )
D91. Sentinel Products Corp.; )
D92. Pactiv Corporation; )
D93. Pregis Corporation; )
D94. Pregis Innovative Packaging, Inc.; )
D95. Luna Tech Pyrotechnik GmbH; )
D96. Luna Tech Euro GmbH; )
D97. Gresham & Associates of Rhode Island, Inc.; )
Defendants. )
)