# EXHIBIT 3

**EXHIBIT A**

Albert L. Gray, Administrator of the Estate of Derek J. Gray, and on behalf of Jani L. Gray-McGill, minor child of the decedent, Derek J. Gray

Joanne O'Neill, Administratrix of the Estate of Nicholas O'Neil

Marie G. Morton, Administratrix of the Estate of Jason R. Morton; individually as wife and surviving spouse of the decedent, Jason R. Morton; and as mother and next friend of Kaitlin Marie Morton and Ashley Marie Morton, minor children of the decedent

Angel O. Amitrano, Administratrix of the Estate of Thomas A. Barnett

Joanne L. Mitchell and William Mitchell, Co-Administrators of the Estate of Donna M. Mitchell; and Joanne Mitchell, as guardian and next friend of Brooklyn Belanger and Joslynn Belanger, minor children of the decedent, Donna M. Mitchell

Scott J. Vieria, Administrator of the Estate of Kelly Lynn Vieira; and as husband and surviving spouse of the decedent, Kelly Lynn Vieira; and as father and next friend of Crystle Vieira, minor child of the decedent, Kelly Lynn Vieira

Patricia Avilez, Administratrix of the Estate of Eugene Avilez

Jennifer L. Young, Administratrix of the Estate of Robert Daniel Young and as wife and surviving spouse of the decedent, Robert Daniel Young

Leondard Angers, Administrator of the Estate of Stacie J. Angers

Dorothy Marion, Administratrix of the Estate of Thomas Frank Marion, Jr.

Yvette Fresolo, on behalf of the Estate of Michael Fresolo; and as wife and surviving spouse of the decedent, Michael Fresolo; and as mother and next friend of Maria Fresolo and Emily Fresolo, minor children of the decedent, Michael Fresolo

Heidi Peralta Longley, as parent of and for the benefit of Aceyty Longley, minor child of Ty Longley

Katherine Shubert, on behalf of the Estate of Mitchell Shubert; and as surviving wife and surviving spouse of the decedent, Mitchell Shubert; and as mother and next friend of Melissa Cara Shubert, minor child of the decedent Mitchell Shubert

Maryanne Shubert, as daughter and beneficiary of the decedent Mitchell Shubert

Laura Shubert, as mother and next friend of Mitchell J. Shubert, Jr., minor child of the decedent, Mitchell Shubert

Eileen L. DiBonaventura, Administratrix of the Estate of Albert DiBonaventura

Donna DeBoard, Administratrix of the Estate of Daniel Frederickson, and as guardian and next friend of Amanda Frederickson, Ryan Frederickson, Amber Frederickson, and Kenneth Frederickson, minor children of the decedent, Daniel Frederickson

Judith Marie Croteau, Administratrix of the Estate of her son, Robert J. Croteau

Warren L. Baker, III, and John J. DeCosta, III, Co-Administrators of the Estate of Mary H. Baker, and Warren L. Baker, III, as husband and surviving spouse of the decedent Mary H. Baker

John J. DeCosta, III, and Warren L. Baker, III, Co-Administrators of the Estate of Mary H. Baker, and John J. DeCosta, III as the natural and legal guardian of the persons and estates of Alison M. DeCosta, John R. DeCosta, Scott A. DeCosta, and Michael J. DeCosta

Dorothy E. Bonardi, Administratrix of the Estate of William C. Bonardi, III

Denise M. McGregor and Nancy DePasquale, Co-Administratrix of the Estate of Alfred C. Crisostomi, and Denise M. McGregor as mother and next friend of Brandon M. Crisostomi, minor child of the decedent Alfred C. Crisostomi

Eileen Dunn, as surviving spouse of Kevin Dunn, and mother and next friend of Joanna Dunn, minor child of the decedent Kevin Dunn

Anthony J. Durante, as father and next friend of Anthony Durante and Matthew Durante, minor children and wrongful death beneficiaries of the decedent, Lori K. Durante

Loriann Gooden, Administratrix of the Estate of James F. Gooden, and Loriann Gooden, individually as wife and surviving spouse of decedent, James F. Gooden

Claire H. Bruyere, Administratrix of the Estate of Bonnie L. Hamelin

John M. Hoban, Administrator of the Estate of Andrew R. Hoban

Paula A. McLaughlin, Administratrix of the Estate of Michael B. Hoogasian

Paula A. McLaughlin, Administratrix of the Estate of Sandy L. Hoogasian

Maria Latulippe, Administratrix of the Estate of Dale L. Latulippe; and as the natural and legal guardian of the person and estate of Dustin T. Latulippe, minor child of the decedent, Dale L. Latulippe; and Maria Latulippe, individually as wife and surviving spouse

John A. Longiaru and Sus Longiaru, Co-Administrators of the Estate of John M. Longiaru

Sarah R. Mancini and Anthony B. Mancini, Co-Administrators of the Estate of Keith A. Mancini

Barbara Magness, Administratrix of the Estate of Steven R. Mancini

Paul A. Morin, Administrator of the Estate of Ryan M. Morin

Roderick Prouty, Nancy A. Lee, and Paula Woodcock, Co-Administrators of the Estate of Christopher Prouty

Susan Sylvia, Administratrix of the Estate of Kevin Anderson

Melinda Bloomingburgh, as mother and next friend of Kevin Gage, minor child of the decedent, Kevin Anderson

Ray F. Beauchaine, Sr., Administrator of the Estate of Laureen Beauchaine

Ray F. Beauchaine, Jr., individually as husband and surviving spouse of the decedent Laureen Beauchaine; and Ray F. Beauchaine, Jr., as father and next friend of Ray F. Beauchaine, III, Christopher R. Beauchaine, and Ashley Beauchaine, minor children of the decedent

Sally Blom and Rolland Blom, Co-Administrators of the Estate of Steven Blom

Sharon Colpitts, as mother and next friend of Steven Blom, Jr., a minor child of the decedent Steven Blom

Catherine Cabral, Administratrix of the Estate of Richard Cabral, Jr.; Catherine Cabral, individually as wife and surviving spouse of the decedent, Richard Cabral, Jr.; and Catherine Cabral, as mother and next friend of Christine Cabral and Richard Cabral

William H. Cartwright, Jr., Administrator of the Estate of William W. Cartwright

Katherine Cordier and Ronald J. Cordier, Co-Administrators of the Estate of Michael Cordier

Mark D'Andrea, Administrator of the Estate of Lisa D'Andrea

Peter M. DiRienzo, Administrator of the Estate of Christina DiRienzo; Peter M. DiRienzo, individually as husband and surviving spouse of the decedent, Christina DiRienzo; Peter M. DiRienzo, as father and next friend of Beau DiRienzo, minor child of the decedent

Peter M. DiRienzo, Jr., as minor son at the time of death of the decedent, Christina DiRienzo

Lawrence E. Fick, Administrator of the Estate of Charline E. Fick; and Lawrence E. Fick, as father and next friend of Samantha Fick and William Fick, minor children of the decedent, Charline E. Fick

Timothy J. Fleming, Administrator of the Estate of Thomas J. Fleming

Dean DePietro, Administrator of the Estate of Rachel K. Florio-DePietro, and Dean DePietro, as father and next friend of Adrian DePietro, a minor child of the decedent, Rachel K. Florio-DePietro

James C. Gahan, III, Administrator of the Estate of James C. Gahan, IV

Sandra L. Greene, Administratrix of the Estate of Scott C. Greene, and Sandra L. Greene, individually and as wife and surviving spouse of the decedent, Scott C. Greene,

Bruce G. Pollock, Esq., Administrator of the Estate of Scott S. Griffith

Nancene Cohen, as guardian of the Estate and next friend of Kacie L. Griffith, a minor child of the decedent, Scott S. Griffith

Bonnie A. Hoisington, Administratrix of the Estate of Abbie L. Hoisington

Carlton L. Howorth, Jr., Administrator of the Estate of Carlton L. Howorth, III

Karen E. Howorth, individually and as mother and next friend of Elizabeth Howorth, a minor child of the decedent, Carlton L. Howorth, III

George F. Phelan, Esq., Special Administrator of the Estate of Lisa Kelly

Evelyn L. King, Administratrix of the Estate of Tracy F. King; Evelyn L. King, individually and as wife and surviving spouse of the decedent Tracy F. King; Evelyn L. King, as mother and next friend of Joshua King and Jacob King, minor children of the decedent

Rozilyn Guy, as mother and next friend of Jordan King, minor child of the decedent, Tracy F. King

Barbara A. Kulz and George A. Kulz, Co-Administrators of the Estate of Michael J. Kulz

Tammy Lapierre, Administratrix of the Estate of Keith R. Lapierre; Tammy Lapierre, individually as wife and surviving spouse of the decedent, Keith R. Lapierre; and Tammy Lapierre, as mother and next friend of Ryan S. Lapierre and Sarah R. Lapierre, minor children of the decedent

Judith Carver, Administratrix of the Estate of Kristen L. McQuarrie

Richard Moreau and Jean Moreau, Co-Administrators of the Estate of Leigh Ann Moreau

Michael Reno, Esq., Administrator of the Estate of Beth Mosczynski

Richard H. Rakoski, Administrator of the Estate of Theresa L. Rakoski, and Richard H. Rakoski, individually as husband and surviving spouse of the decedent, Theresa L. Rakoski

Judy O'Brien, Administratrix of the Estate of Robert L. Reisner, III

John J. Shaw, Temporary Executor of the Estate of Rebecca Shaw

Veda Kerr, Administratrix of the Estate of Victor L. Stark

Zachary S. Suffoletto and Diana L. Shaughnessy, Co-Administrators of the Estate of Benjamin J. Suffoletto, Jr.

Zachary S. Suffoletto and Diana L. Shaughnessy, Co-Administrators of the Estate of Linda D. Suffoletto, Jr.

Honorina Washburn, Administratrix of the Estate of Kevin R. Washburn

Cheryl Haines, Administratrix of the Estate of Everett T. Woodmansee, III

Melinda J. Darby, Administratrix of the Estate of Matthew P. Darby, individually and as natural parent, next friend and guardian of Jessica L. Darby and Sarah M.. Darby, minor children of the decedent, Matthew P. Darby

Susan W. Romanoff, Executrix of the Estate of Tracey L. Romanoff

Jordan Blasbalg, as guardian of Joshua M. Blasbalg and Lindsey N. Blasbalg, minor children of the decedent, Tracey L. Romanoff

Mark P. Hyer, Sr., Administrator of the Estate of Eric J. Hyer

Annmarie Swidwa, Administratrix of the Estate of Bridget M. Sanetti

Stephen A. Gillett, Administrator of the Estate of Laura L. Gillett, individually and as father, next friend, and permanent legal guardian of Jake T. Gillett and Jared J. Gillett, minor children of the decedent, Laura L. Gillett

Suzanne Fox, Administratrix of the Estate of Jeffrey Wood Martin

Ellen-Marie Stowers, Administratrix of the Estate of Jennifer L. Stowers

Sharon Eaton, Administratrix of the Estate of Edward B. Corbett, III

Patricia Belanger, Executrix of the Estate of Dina A. DeMaio

Steven Beardsworth, temporary guardian of Justin Perry DeMaio, minor child of the decedent, Dina A. DeMaio

Robert J. Johnson, Sr., Administrator of the Estate of Derek B. Johnson

Jacqueline Jacavone, Administratrix of the Estate of Andrea L. Jacavone-Mancini

Leo Smith and Doris Smith, as Co-Administrators of the Estate of Dennis J. Smith

Korina Arruda, Administratix of the Estate of Christopher G. Arruda and as surviving spouse of the decedent, Christopher G. Arruda

Gerard W. Fontaine and Rosanna C. Fontaine, Co-Administrators of the Estate of Mark A. Fontaine

John J. Libera and Joanne T. Libera, Co-Administrators of the Estate of Stephen Matthew Libera

Edward C. Ervanian, Administrator of the Estate of Edward E. Ervanian

Jane C. Sylvester and Robert L. Sylvester, Co-Administrators of the Estate of Jason Sylvester

Kathleen Sullivan

Scott J. Vieira, individually and as father and next friend of Crystle Vieira, his minor child

Susan Chamberlin

John F. Van Deusen, III, individually and as father and next friend of John F. Van Deusen, IV and Dylan Van Deusen, minor children of John F. Van Deusen, III

Robert J. Luxton

Elizabeth Arruda, individually and as mother and next friend of Zoey Retamoza, minor child Elizabeth Arruda

Robert W. Rager

Joseph K. Kinan, individually, and as parent and next friend of Kaitlin E. Sullivan, a minor

Maureen Sullivan, as parent and next friend of Kaitlin E. Sullivan, a minor

John F. Fairbairn, individually, and as father and next friend of John Fairbairn and Ariana Fairbairn, minor children of John F. Fairbairn

Andrea F. Fairbairn, individually, and as mother and next friend of John Fairbairn, Ariana Fairbairn, Amanda Melendez Durfee, and Christopher Melendez Durfee, minor children of Andrea F. Fairbairn

Jose Roberto Demos, individually and as father and next friend of Vanessa Santos Demos and Samuel Santos Demos, minor children of Jose Roberto Demos

Roberta O'Melia, individually and as mother and next friend of Brenda O'Melia and Christian O'Melia, minor children of Roberta O'Melia

Fredrick P. Vallante, Jr., individually, and as father and next friend of Caitlyn Vallante and Courtney Vallante, minor children of Fredrick P. Vallante

Kerrie-Lynn Beers, individually and as mother and next friend of Jeremy T. Beers, minor child of Kerrie-Lynn Beers

Francis J. Canillas

David Ciccone

Christopher J. Travis

Jon R. Schmidt, individually and as father and next friend of Ryan Schmidt and Evan Schmidt, minor children of Jon R. Schmidt

David B. MacDonald, individually, and as father and next friend of David B. MacDonald, Jr., minor child of David B. MacDonald

Paul du Fosse

John R. Arpin, individually and as father and next friend of Ryan Arpin and Matthew Arpin, minor children of John R. Arpin

Paula Gould

Kevin J. Beese, Sr., individually and as father and next friend of Taylor Beese, Brittany Beese, and Kevin Beese, Jr., minor children of Kevin J. Beese, Sr.

Shaun O'Donnell

Brian Loftus

Christopher Costa, individually and as father and next friend of Leah Elizabeth Costa Turck, minor child of Christopher Costa

Georgette Giroux-Brown, individually and as mother and next friend of Ben Giroux-Brown, minor child of Georgette Giroux-Brown

Stephanie Zannella

Roberta J. Prete, individually and as mother and next friend of Michael Falco, minor child of Roberta J. Prete

Catherine Randall, individually and as mother and next friend of Douglas Randall and Megan Randall, minor children of Catherine Randall

Edward Pezzelli, Jr., individually and as father and next friend of Edward Pezzelli, III and Hannah Pezzelli, minor children of Edward Pezzelli, Jr.

Paul Pezelli, individually and as father and next friend of Megan Pezzelli and Kyle Pezzelli, minor children of Paul Pezzelli

Joseph P. Barber, individually and as father and next friend of Max Leili and Brandon Tully, minor children of Joseph P. Barber

Irina M. Gershelis, individually and as mother and next friend of Brentin St. Jean and Colner St. Jean, minor children of Irina Gershelis

Donna Reis

Ronald S. Schoepfer

Richard J. Grace

Tawnya Kelly, individually and as mother and next friend of Andrew A. Jones and Aryanna F. Greene, minor children of Tawnya Kelly

Gregory Scott Dufour, individually and as father and next friend of Ashley A. Dufour, minor child of Gregory Scott Dufour

John D. Wigginton

Scott Dunbar

Joseph Lusardi

John Kudryk

Brandon Fravala, individually and as father and next friend of Nicholas James Douglas Fravala, minor child of Brandon Fravala

David Fravala

Robin Petrarca

Michael Stefani, individually and as father and next friend of Jade Bartels, minor child of Michael Stefani

Hollie A. Pomfret, individually and as parent and next friend of Alexis Pomfret and Skylar Pomfret, minor children of Hollie Pomfret

Justin Pomfret, individually and as parent and next friend of Alexis Pomfret and Skylar Pomfret, minor children of Justin Pomfret

Al Prudhomme

Charlene Prudhomme

Robert Harrington

Robert A. Barlow

Kristen A. Brown

Patricia L. Clarke, individually and as mother and next friend of Kira Lynn Clarke, minor child of Patricia Clarke

Gennaro Companatico, individually, and as father and next friend of Samantha Companatico and Genna Companatico, minor children of Gennaro Companatico

Richard Cook, individually, and parent and next friend of Cooper R. Cook, minor child of Richard Cook

Sarah Amy Cook, as wife of Richard Cook and parent and next friend of Cooper R. Cook, minor child of Sarah Amy Cook

Richard DelSanto, individually, and as parent and next friend of Jarred Ferrara and Evan Parr, minor children of Richard DelSanto

Joseph A. Dibona, Jr.

Linda M. Fisher, individually and as parent and next friend of Amber Fisher, minor child of Linda M. Fisher

Kevin J. Fisher, as husband of Linda M. Fisher and as parent and next friend of Amber Fisher, minor child of Kevin J. Fisher

Joseph M. Flynn

Lisa C. Hale, individually and as mother and next friend of Kylen Hale, minor child of Lisa C. Hale

Laurie A. Hussey, individually and as parent and next friend of Hallie Ann Hussey and Rayanna Leigh Hussey, minor children of Laurie A. Hussey

John Edward Hussey, Jr., as husband of Laurie A. Hussey and as parent and next friend of Hallie Ann Hussey and Rayanna Leigh Hussey, minor children of John Edward Hussey, Jr.

Marc A. Lucier

Matthew Mallette, individually and as parent and next friend of Joshua Mallette and Cameron Mallette, minor children of Matthew Mallette

Jessica Mallette, as wife, and as parent and next friend of Joshua Mallette and Cameron Mallette, minor children of Jessica Mallette

John Mangan, Jr.

Frances P. McMurray

Christopher J. Nowicki

Paul M. Pelletier

Michael Perreault

Christopher A. Peters

Jonathan Petrin

Jason Piscopio

John A. Rezendes, individually and as father and next friend of Leah M. Rezendes and Cameron M. Rezendes, minor children of John A. Rezendes

Catherine C. Sagesta, individually and as mother and next friend of Christin Cameron and Samantha Cameron, minor children of Catherine C. Sagesta

George Solitro

Gary Stein, individually and as father and next friend of Victoria Stein and Joshua Stein, minor children of Gary Stein

Melissa A. Stephenson

Julie Belson

Kevin Blom

Milisa Bump, individually and as mother and next friend of Dereck Bump and Sandra Dunn, minor children of Milisa Bump

Jennifer Choquette

Nicole Conant

Stephanie Conant

Arthur J. Conway, III

Robert Cushman

Shauna Dell, individually and as wife of Claude Richard

Claude Richard, individually and as husband of Shauna Dell

James Dufresne, individually and as father and next friend of James J. Dufresne, Jr. and Bryan Dufresne, minor children of James Dufresne

Richard Dufour, Jr.

John Gibbs

Gregory Gray

Grant Hall

Michael Iannone

Adrian Krasinskas

Joseph LoBianco

David McGinn

Deborah Peduzzi, individually and as parent and next friend of Joseph Peduzzi and Ashley Peduzzi, minor children of Deborah Peduzzi

Robert Peduzzi, as father and next friend of Joseph Peduzzi and Ashley Peduzzi, minor children of Robert Peduzzi and Deborah Peduzzi

Dawn Perry, individually and as wife of Stephen Perry

Stephen Perry, individually and as husband of Dawn Perry

Robin Precourt

Justina Martin, as minor daughter of Robin Precourt, at time of injury to Robin Precourt

Gina Russo, individually and as mother and next friend of Alex Odsen and Nicholas Odsen, minor children of Gina Russo

Milton Servis, II

Derrick Silva

Erik Sippy

David Steets, individually and as father and next friend of David M. Steets, minor child of David Steets

Raul Vargas, individually and as parent and next friend of Bryan Vargas, a minor child of Raul Vargas and Melanie Vargas

Melanie Vargas, as wife of Raul Vargas, and as parent and next friend of Bryan Vargas, minor child of Raul Vargas and Melanie Vargas

Jennifer Vieira

Andrew S. Richardson, Esq., Trustee in Bankruptcy for Debra Wagner and Brian Wagner; for Debra Wagner, individually; and Brian Wagner individually as husband of Debra Wagner

Debra Wagner and Brian Wagner as parents and next friends of Krystal Wagner, a minor child of Debra Wagner and Brian Wagner

Gina M. Gauvin, individually, and as mother and next friend of Shayna S. Gauvin and Joseph Jordan, minor children of Gina M. Gauvin

Scott C. Moresco, individually, and as father and next friend of Tatiana Abel, minor child of Scott C. Moresco

Mario B. Cardillo, individually and as husband of Kathleen M. Cardillo

Kathleen M. Cardillo, individually and as wife of Mario B. Cardillo

Tammy M. St. Hilaire

Robert P. Feeney

David D. Brennan

Susan Brennan, as wife of David D. Brennan

Robert M. Cripe

Neil E. Cronin

Karen M. Gordon

Paul R. Gordon

Joseph A. Jones

Lee A. Karvonen

Theresia M. LaBree

Melissa J. Minor

John Minor, as husband of Melissa J. Minor

Charles A. Oberg

Linda A. Ormerod

John S. Pinkham

Victoria L. Potvin

Kerrie A. Rock

Timothy J. Rossano

Nancy S. Trautz

Chris C. Trautz, as husband of Nancy S. Trautz

Donovan Williams, individually, and as father and next friend of Zachary Williams, Hayley Williams, and Dylan Williams, minor children of Donovan Williams

Sharon A. Wilson

Melanie Fontaine

Shawn Lourenco

Mary Lourenco, as Legal Guardian on behalf of Shawn Lourenco's minor children, Bryan Lourenco, Brett Lourenco, and Brad Lourenco

Ashley A. Poland

Joseph Cristina

William Rancourt

Matthew Dussault

Paul Bertolo

Cynthia Nobles, individually and as wife of Edward D. Nobles and as mother and next friend of Brandon Nobles, minor child of Edward D. Nobles

Edward D. Nobles, individually, as husband of Cynthia A. Nobles and as next friend of Ethan Macleod and Brandon Nobles, minor children of Cynthia A. Nobles

Donald N. Trudeau

Roberta Trudeau, as wife of Donald N. Trudeau

Erin Pucino, individually and as mother and next friend of Sterling Pucino, minor child of Erin Pucino

Kenneth Frederickson

Sheila Palumbo, as mother and next friend of Brendan Palumbo, minor child of the decedent, Kevin Anderson

Dorothy Pimentel, individually and as mother and next friend of Savannah, Carlos, Jr., Cheyenne, and Cullen Pimentel, minor children of Carlos Pimentel, deceased

Kimberly Rich, Administrator of the Estate of Walter E. Rich, individually and as next friend of Christopher Rich, minor child of decedent Walter E. Rich

Kathren M. Prunier, individually and as mother and next friend of Peter Prunier, Angela Prunier and Christopher Shay, her minor children

Bruce Cormier

Donna Cormier

Brenda Cormier

Anthony Manzo, Administrator of the Estate of Judith Manzo and as father and next friend of Brianna B. Manzo and Anthony Manzo, III, minor children of Judith Manzo

Erin Whalen

Stephanie Simpson, individually and next friend of her minor children, Matthew Simpson, David Simpson, and Tayla Simpson

Richard Wiggs

John F. Pickett, Administrator of the Estate of Matthew J. Picket

Michael R. Ricardi

Paula Woodcock, as mother and next friend of Makayla Woodcock, minor child of the decedent, Christopher Prouty

Glenn Therriault, individually and as father and next friend of Maya Therriault, his minor child

Christina Therriault, as wife of Glenn Therriault

Raymond Mattera and Jaromir Housa, Co-Adminstrators of the Estate of Tammy A. Mattera-Housa; Jaromir Housa as surviving spouse and father and next friend of Nicholas Housa, minor child of the decedent; and Raymond Mattera and Diane Mattera as parents

Carla Alves, Administratrix of the Estate of Louis S. Alves

Jesse Botelho

Charles J. Maraglia, Co-Administrator of the Estate of Karla Bagtaz

Donna L. Micchelli, Co-Administrator of the Estate of Karla Bagtaz

Kevin Bowe

Jonathan P. Brennan

Elizabeth O'Connor, individually and as mother and next friend of John O'Connor

Gary M. Tremblay

Eugene Goguen, as parent and next friend of Nichole Goguen, Casey Goguen, and Haley Goguen

Brenda Goguen, as parent and next friend of Nichole Goguen, Casey Goguen, and Haley Goguen

Michael Magee, as parent and next friend of Arianna Magee

Carol Magee, as parent and next friend of Arianna Magee

Craig Ballard

Jordon Clark

Jeannette Garcia, individually and as mother and next friend of her minor children, Diego Garcia and Timothy John Greene

Carolyn Moore

Christopher O'Donnell, Administrator of the Estate of Katherine O'Donnell

Scott Preuit, as parent and next friend of Scott Preuit, Jr. and Andrew Preuit

Leslie Preuit, as parent and next friend of Scott Preuit, Jr. and Andrew Preuit

John Dimeo

Nathan D. White, Administrator of the Estate of Tina M. Ayer and as father and next friend of Daniel White, minor child of Tina M. Ayer

Marc Blevins

Kerrie A. Amato

Lisa Geremia, Trustee in Bankruptcy for Scott G. Dawson

Steven M. Tavares

Brianna Quarry

Anna Gruttadauria, Administratrix of the Estate of Pamela Gruttadauria

Eric Williams

Charles Sweet, as Administrator of the Estate of Shawn Sweet

Carol Sweet, as Administrator of the Estate of Shawn Sweet

Linda Roderiques, as Administratrix of the Estate of Donald Rodriques, individually, and as mother and next friend to Mandi Roderiques, a minor

Ronald Kingsley, as parent and Next Friend of Zoe Jean Kingsley, a minor, and on behalf of all beneficiaries of Lisa Kelly, decedent

Barbara Guindon, individually and as Mother and Next Friend to Erica Guidon, minor

Christopher Scot

Julianna Giaven

Eric Malardo

Michelle Malardo

Richard Sanetti

Patricia Sanetti

Catherine Carignan

Daniel Davidson

Stephen Bruno

Tammy Ayer, as guardian and next friend of Kayla Marie Dorothy Abbenante Ayer, a minor

Louis Rossi, as Administrator of the Estate of Joseph Rossi

Edward Corbett, Jr., as Administrator of the Estate of Edward Corbett, III

Paul Roe, individually and as Co-Administrator of the Estate of Lori K. Durante

Betty Roe, individually and as Co-Administrator of the Estate of Lori K. Durante

George Guindon

Michelle Spence, individually, and Mother and next friend of Hailey Spence, a minor

Tammy Passa

Walter Castle, Jr.

Cheryl Rossi, next of kin of decedent, Joseph E. Rossi

Chad M. Henault, Co-Administrator of the Estate of Jude B. Henault

Angela Boggs, individually and as Co-Administratrix of the Estate of Jude B. Henault

Rachel M. Henault, PPA Chad M. Henault

Andrew J. Henault, PPA Chad M. Henault

Estate of Jude B. Henault

Estate of Samuel Miceli, Jr.

Madeliene Miceli, Administratrix of the Estate of Samuel Miceli, Jr.

Laura Gerfin, individually and as Co-Administratrix of the Estate of Melvin Gerfin

Kelly Gerfin, PPA Deborah Gerfin

Meagan Gerfin, PPA Deborah Gerfin

Nancy Noyes

Caroline Telgarsky, Administratrix of the Estate of Sara Jane Telgarsky

Sara Jane Ballard

Glenn Johnson

Lisa Johnson

Melanie Holliday

Estate of Melvin A. Gerfin, Jr.

Deborah A. Gerfin, Individually and as Co-Administratrix of the Estate of Melvin A. Gerfin, Jr.

Estate of Sarah Jane Telgarsky

Jacqueline Bernard, individually, and as Parent and next of kin of Desire L. Bernard, a minor, and Tam J. Bernard, a minor

Erick Dawson, individually, and as Parent and next of kin of Nicholas Dawson, a minor, Jerriann Dawson, a minor, and Jennifer Dawson, a minor

Donna Innamorati, individually and as Parent and next of kin of Heather Grant, a minor, and Tara Grant, a minor

Gerald Lee Kemler, individually and next of kin to decedent Matthew Darby, alias

Andrew Paskowski

Alton Ramos, individually and next of kin of Angelica Ramos, a minor

Philip Barr

Kimberly Napolitano

Stephanie Napolitano

Jessica Wood

Neil Gonsalves, Administrator of the Estate of Michael Gonsalves

Katrina Kolasa

William Long

David Malagrino