# EXHIBIT 4

**EXHIBIT B**

Jack Russell Touring, Inc.
Daniel Biechele
David Felice
Mark Kendall
Knight Records, Inc.
Manic Music Management, Inc.
Eric Powers
Jack Russell
Paul Woolnough