**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| St. Paul Fire & Marine Insurance Co.,<br>Plaintiff-in-Interpleader,<br><br>v.<br><br>Albert Gray, Administrator,<br>Estate of Jude B. Henault,<br>and the other parties listed on Exhibit A,<br>Does 1 through 100,<br>Claimants-in-Interpleader. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 06-370-L |

**ENTRY OF APPEARANCE**

I, Mark Mandell, Esq. of Mandell, Schwartz & Boisclair hereby enter my appearance as counsel on behalf of the Claimants-in-Interpleader, in the above matter.

Claimants-in-Interpleader
By their Attorney:

/s/ Mark S. Mandell_______________

Mark S. Mandell, #0502
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Facsimile: (401) 751-7830
Email: msmandell@msn.com

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro se* defendants on the 8th_ day of November, 2006.

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE,
Angelonelaw@aol.com

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
RBengtson@ckmlaw.com

James A. Bigos, Esq.
jim@b-plaw.com
Russell Bramley, Esq.
bramley@hbhlaw.net

Joseph B. Burns, Esq.
ROME MC GUIGAN SABANOSH P.C.
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
CHOATE, HALL & STEWART
mcahill@choate.com
ehermanson@choate.com

Lawrence J. Cappuccio, Esq.
CAPPUCCIO & CAPPUCCIO
l.cappuccio@worldnet.att.net

Joseph Cavanagh Jr., Esq.
Kristen E. Rodgers, Esq.
BLISH & CAVANAGH
stationfire@blishcavlaw.com

Lawrence G. Cetrulo, Esq.
Stephen T. Armato, Esq.
Jennifer Creedon, Esq.
Kristen Blackburn, Esq.
CETRULO & CAPONE, LLC
lcetrulo@cetcap.com
sarmato@cetcap.com
jcreedon@cetcap.com
kblackburn@cetcap.com

John J. Cloherty, III, Esq.
PIERCE, DAVIS & PERRITANO, LLP
jcloherty@piercedavis.com

Edward M. Crane, Esq.
Deborah Solmor, Esq
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM
ecrane@skadden.com
dsolmor@skadden.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
LAW OFFICES OF BRIAN CUNHA
& ASSOCIATES
Brian@Briancunha.com

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD
tdemarco@conversent.net

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
jruggieri@hcc-law.com
sodonoghue@hcc-law.com

Marc DeSisto, Esq
DE SISTO LAW
stationfire@desistolaw.com

Stefanie DiMaio-Larivee, Esq.
GRILLI & DIMAIO
fonia@msn.com

Mark P. Dolan, Esq.
RICE, DOLAN & KERSHAW
ricedolank@aol.com

Christopher C. Fallon, Esq.
Josh M. Greenbaum
COZEN O'CONNOR
cfallon@cozen.com
jgreenbaum@cozen.com

Stephen P. Fogerty, Esq.
HALLORAN & SAGE LLP
fogerty@halloran-sage.com

Bennett R. Gallo, Esq.
NOLAN, DAILEY, GALLO
ROTHMICH & BRUNERO, LTD.
brg@ndgrb.com

Mark Hadden, Esq.
MHadden@mhaddenlaw.com

Timothy B. Hardwicke, Esq.
Suzanne Kadus, Esq.
Meghan H. Sullivan, Esq.
timothy.hardwicke@lw.com suzanne.kadus@lw.com
meghan.sullivan@lw.com

William M. Heffernan, Esq.
HEFFERNAN LAW OFFICES, PC
heffernanlaw@aol.com

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Edward T. Hinchey, Esq.
Robert T. Norton, Esq.
SLOANE & WALSH, LLP
ehinchey@sloanewalsh.com
rnorton@sloanewalsh.com

John G. Hines, Esq.
HINES & PATZ, INC.
Hines-Patz@conversent.net

Daniel J. Horgan, Esq.
THE HORGAN LAW OFFICES
horganlaw@snet.net

Stephen A. Izzi, Esq.
sizzi@mosesafonso.com

Craig A. Johns, Esq.
LAW OFFICES OF JOHN T. MADDEN
johnsc@Nationwide.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
COOLEY MANION JONES, LLP
pjones@cmj-law.com
PSchneider@cmj-law.com

Howard Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Michael Potenza, Esq.
DEBEVOISE & PLIMPTON
Bkeller@debevoise.com
mpotenza@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Kim M. Clarke, Esq.
NIXON PEABODY, LLP
StationFireLitigation@nixonpeabody.com
kclarke@nixonpeabody.com

Joseph Krowski, Esq.
josephkrowski.law@verizon.net

David D. Langfitt, Esq.
MONTGOMERY, MCCRACKEN, WALKER
& RHOADS LLP
dlangfitt@mmwr.com

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
SMITH & BRINK
rlanglois@smithbrink.com
lwilkins@smithbrink.com

James R. Lee, Esq.
DEPT. OF THE ATTORNEY GENERAL
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
MAC ADAMS & WIECK INC.
Rmacadams@mandwlaw.com

David E. Maglio, Esq.
DAVID E. MAGLIO & ASSOCIATES, P.C.
dmaglio@magliolaw.com

John R. Mahoney, Esq.
ASQUITH & MAHONEY LLP
johnmahoney@amlawllp.com
Eva Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
emancuso@hwac.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
msmandell@msn.com

Michael J. McCormack, Esq.
David T. Mitrou, Esq.
Joseph H. Aronson, Esq.
THE MC CORMACK FIRM
mmccormack@mccormackfirm.com
dmitrou@mccormackfirm.com
jaronson@mccormackfirm.com

W. Thomas McGough Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Edwin F. McPherson, Esq.
MC PHERSON & KALMANSOHN LLP
emcpherson@m-klaw.com

Matthew E. Medeiros, Esq.
LITTLE, BULMAN, MEDEIROS & WHITNEY
mfm@lmkbw.com

Howard Merten, Esq.
Hmerten.station@psh.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
sminicucci@calvinolaw.com
wfilippo@calvinolaw.com

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
Rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN, LLP
stationfire@hansoncurran.com

John J. Nazzaro, Esq.
JOHN NAZZARO LAW OFFICES
attynazzaro@aol.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
MORRISON, MAHONEY & MILLER
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

William E. O'Gara, Esq.
PANNONE LOPES & DEVEREAUX LLC
wogara@pld-law.com

J. Renn Olenn, Esq.
OLENN & PENZA
KBH@olenn-penza.com

Mark E. Parsky, Esq.
McVEY & PARSKY, LLP
mep@mcveyparsky-law.com

Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
sprignano@eapdlaw.com
smacgillivray@eapdlaw.com

Robert I Reardon, Jr., Esq.
THE REARDON LAW FIRM, P.C.
Reardonlaw@aol.com

Charles N. Redihan Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
credihan@kprlaw.com

James H. Reilly III, Esq.
Donald J. Maroney, Esq.
KELLEY, KELLEHER, REILLY & SIMPSON
jreilly@kkrs.com
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI
Resminilaw@yahoo.com

Peter L. Resnik, Esq.
Steven W. Kasten, Esq.
McDermott Will & Emery
presnik@mwe.com
skasten@mwe.com

Dennis J. Roberts II, Esq.
Law Offices of Dennis J. Roberts II
kgoyer@djrlaw.com

Michael G. Sarli, Esq.
Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
mgs@gsm-law.com
mrd@gsm-law.com

Ann M. Songer, Esq.
George E. Wolf, III, Esq.
SHOOK, HARDY & BACON, LLP
stationfire@shb.com

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE P.C.
mikesp@rrsplaw.com

Georgia Sullivan, Esq.
LAW OFFICES OF DAVID J. MATHIS
Georgia.Sullivan@thehartford.com

Rajaram Suryanarayan, Esq.
Eric B. DiMario, Esq.
GUNNING & LAFAZIA, INC.
rsury@gunninglafazia.com

Henry M. Swan, Esq.
DAVIS, KILMARX, SWAN & BOWLING
hms@dksblaw.com

Mark R. Ter Molen, Esq.
MAYER, BROWN, ROWE & MAW LLP
mtermolen@mayerbrownrowe.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
aminchillo@itwlaw.com

Andrew Trevelise, Esq.
REED SMITH LLP
atrevelise@reedsmith.com

Bruce G. Tucker, Esq.
btucker@legalmgt.com

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN, LLP
Stucker@ths-law.com

T. Dos Urbanski, Esq.
Michael J. Mazurczak, Esq.
MELICK, PORTER & SHEA, LLP
durbanski@melicklaw.com
mmazurczak@melicklaw.com

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
CBabcock@jw.com

Max Wistow, Esq.
John P. Barylick, Esq.
WISTOW & BARYLICK
jdean@wistbar.com
jpb@wistbar.com

David A. Wollin, Esq.
William F. Burke, Esq.
ADLER, POLLOCK & SHEEHAN
dwollin@apslaw.com
wburke@apslaw.com

Esquire Deposition Services, LLC.
stationfire@esquirecom.com.

John J. Flanagan, Esquire
flanagan@torti.com

S. Michael Levin, Esquire
WINOGRAD SHINE & ZACKS P.C.
mlevin@wszlaw.com

Daniel P. McKiernan, Esquire
McKIERNAN, THOMPSON & MILLEA
dmckiernan@mtmlaw.us

____________________________________