UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| St. Paul Fire & Marine Insurance Co., Plaintiff-in-Interpleader, | : | |
| v. | : | Case No.: 06-370-L |
| Albert Gray, Administrator, Estate of Jude B. Henault, and the other parties listed on Exhibit A, Does 1 through 100, Claimants-in-Interpleader. | : | |

**ENTRY OF APPEARANCE**

Patrick T. Jones, Esq. and Peter J. Schneider, Esq. of Cooley Manion Jones LLP, hereby enter their appearance as counsel on behalf of the Claimants-in-Interpleader in the above matter.

Claimants-in-Interpleader
By their Attorneys:

/s/ Patrick T. Jones__________
Patrick T. Jones, #6636
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Telephone: (617) 737-3100
Facsimile: (617) 737-3113
E-mail: pjones@cmjlaw.com

/s/ Peter J. Schneider_________
Peter J. Schneider, #6834
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Telephone: (617) 737-3100
Facsimile: (617) 737-3113
E-mail: pschneider@cmjlaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and a copy was electronically mailed to *pro se* defendants on the 9th day of November, 2006.

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, P.C.
angelonelaw@aol.com

C. Russell Bengston, Esq.
CARROLL, KELLY & MURPHY
rbengtson@ckmlaw.com

James A. Bigos, Esq.
jim@b-plaw.com

Russell Bramley, Esq.
bramley@hbhlaw.net

Joseph B. Burns, Esq.
ROME MCGUIGAN SABANOSH P.C.
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
CHOATE, HALL & STEWART
mcahill@choate.com
ehermanson@choate.com

Lawrence J. Cappuccio, Esq.
CAPPUCCIO & CAPPUCCIO
l.cappuccio@worldnet.att.net

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
BLISH & CAVANAGH
stationfire@blishcavlaw.com

Lawrence G. Cetrulo, Esq.
Stephen T. Armato, Esq.
Jennifer Creedon, Esq.
Kristen Blackburn, Esq.
CETRULO & CAPONE, LLC
lcetrulo@cetcap.com
sarmato@cetcap.com
jcreedon@cetcap.com
kblackburn@cetcap.com

John J. Cloherty, III, Esq.
PIERCE, DAVIS & PERRITANO, LLP
jcloherty@piercedavis.com

Edward M. Crane, Esq.
Deborah Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
ecrane@skadden.com
dsolmor@skadden.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
LAW OFFICES OF BRIAN CUNHA & ASSOCIATES
brian@briancunha.com

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
tdemarco@conversent.net

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY LLC
jruggieri@hcc-law.com
sodonoghue@hcc-law.com

Marc DeSisto, Esq.
DESISTO LAW
stationfire@desistolaw.com

Stefanie DiMaio-Larivee, Esq.
GRILLI & DIMAIO
fonia@msn.com

Mark P. Dolan, Esq.
RICE, DOLAN & KERSHAW
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
Josh M. Greenbaum
COZEN O'CONNOR
cfallon@cozen.com
jgreenbaum@cozen.com

Stephen P. Fogerty, Esq.
HALLORAN & SAGE LLP
fogerty@halloran-sage.com

Bennett R. Gallo, Esq.
NOLAN, DAILEY, GALLO, ROTHMICH & BRUNERO, LTD.
brg@ndgrb.com

Mark C. Hadden, Esq.
LAW OFFICES OF MARK C. HADDEN
mhadden@mhaddenlaw.com

Timothy B. Hardwicke, Esq.
Suzanne Kadus, Esq.
Meghan H. Sullivan, Esq.
timothy.hardwicke@lw.com
suzanne.kadus@lw.com
meghan.sullivan@lw.com

William M. Heffernan, Esq.
HEFFERNAN LAW OFFICES, PC
heffernanlaw@aol.com

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
chenlein@fbtlaw.com
jcrocket@fbtlaw.com
swettle@fbtlaw.com

Edward T. Hinchey, Esq.
Robert T. Norton, Esq.
SLOANE & WALSH, LLP
ehinchey@sloanewalsh.com
rnorton@sloanewalsh.com

John G. Hines, Esq.
HINES & PATZ, INC.
hines-patz@conversent.net

Daniel J. Horgan, Esq.
THE HORGAN LAW OFFICES
horganlaw@snet.net

Stephen A. Izzi, Esq.
sizzi@mosesafonso.com

Craig A. Johns, Esq.
LAW OFFICES OF JOHN T. MADDEN
johnsc@nationwide.com

Howard Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Michael Potenza, Esq.
DEBEVOISE & PLIMPTON
bkeller@debevoise.com
mpotenza@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Kim M. Clarke, Esq.
NIXON PEABODY LLP
stationfirelitigation@nixonpeabody.com
kclarke@nixonpeabody.com

Joseph Krowski, Esq.
josephkrowski.law@verizon.net

David D. Langfitt, Esq.
MONTGOMERY, MCCRACKEN, WALKER & RHOADS LLP
dlangfitt@mmwr.com

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
SMITH & BRINK, P.C.
rlanglois@smithbrink.com
lwilkins@smithbrink.com

James R. Lee, Esq.
DEPARTMENT OF THE ATTORNEY GENERAL
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
MACADAMS & WIECK INC.
rmacadams@mandwlaw.com

David E. Maglio, Esq.
DAVID E. MAGLIO & ASSOCIATES, P.C.
dmaglio@magliolaw.com

John R. Mahoney, Esq.
ASQUITH & MAHONEY LLP
johnmahoney@amlawllp.com

Eva-Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
emancuso@hwac.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR, LTD.
msmandell@msn.com

Michael J. McCormack, Esq.
David T. Mitrou, Esq.
Joseph H. Aronson, Esq.
THE MCCORMACK FIRM
mmccormack@mccormackfirm.com
dmitrou@mccormackfirm.com
jaronson@mccormackfirm.com

W. Thomas McGough Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Edwin F. McPherson, Esq.
MCPHERSON & KALMANSOHN LLP
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
LITTLE MEDEIROS KINDER BULMAN & WHITNEY PC
mfm@lmkbw.com

Howard A. Merten, Esq.
VETTER & WHITE
hmerten.station@psh.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
sminicucci@calvinolaw.com
wfilippo@calvinolaw.com

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
stationfire@hansoncurran.com

John J. Nazzaro, Esq.
JOHN NAZZARO LAW OFFICES
attynazzaro@aol.com

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY LLP
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

Willam E. O'Gara, Esq.
PANNONE LOPES & DEVEREAUX LLC
wogara@pld-law.com

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
kbh@olenn-penza.com

Mark E. Parsky, Esq.
MCVEY & PARSKY, LLP
mep@mcveyparsky-law.com

Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
sprignano@eapdlaw.com
smacgillivray@eapdlaw.com

Robert I. Reardon, Jr., Esq.
THE REARDON LAW FIRM, P.C.
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
credihan@kprlaw.com

James H. Reilly, Esq.
Donald J. Maroney, Esq.
KELLEY, KELLEHER, REILLY & SIMPSON
jreilly@kkrs.com
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI LTD.
resminilaw@yahoo.com

Peter L. Resnik, Esq.
Steven W. Kasten, Esq.
MCDERMOTT WILL & EMERY
presnik@mwe.com
skasten@mwe.com

Dennis J. Roberts II, Esq.
LAW OFFICE OF DENNIS J. ROBERTS II
kgoyer@djrlaw.com

Michael G. Sarli, Esq.
Michael R. DeLuca, Esq.
GIDLEY, SARLI & MASURAK, LLP
mgs@gsm-law.com
mrd@gsm-law.com

Ann M. Songer, Esq.
George E. Wolf, III, Esq.
SHOOK, HARDY & BACON, LLP
stationfire@rrsplaw.com

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE P.C.
mikesp@rrsplaw.com

Georgia Sullivan, Esq.
LAW OFFICES OF DAVID J. MATHIS
Georgia.sullivan@thehartford.com

Rajaram Suryanarayan, Esq.
Eric B. DiMario, Esq.
GUNNING & LAFAZIA, INC.
rsury@gynninglafazia.com

Henry M. Swan, Esq.
DAVIS, KILMARX, SWAN & BOWLING
hms@dksblaw.com

Mark R. Ter Molen, Esq.
MAYER, BROWN, ROWE & MAW LLP
mtermolen@mayerbrownrowe.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
aminchillo@itwlaw.com

Andrew Trevelise, Esq.
REED SMITH LLP
atrevelise@reedsmith.com

Bruce G. Tucker, Esq.
btucket@legalmgt.com

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN
stucker@ths-law.com

T. Dos Urbanski, Esq.
Michael J. Mazurczak, Esq.
MELICK, PORTER & SHEA, LLP
durbanski@melicklaw.com
mmazurczak@melicklaw.com

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
cbabcock@jw.com

Max Wistow, Esq.
John P. Barylick, Esq.
WISTOW & BARYLICK, INC.
jdean@wistbar.com
jpb@wistbar.com

David A. Wollin, Esq.
Wiliam F. Burke, Esq.
ADLER, POLLOCK & SHEEHAN
dwollin@apslaw.com
wburke@apslaw.com

Esquire Deposition Services, LLC
stationfire@esquirecom.com

John J. Flanagan, Esq.
flanagan@torti.com

S. Michael Levin, Esq.
WINOGRAD SHINE & ZACKS P.C.
mlevin@wszlaw.com

Daniel P. McKiernan, Esq.
MCKIERNAN, THOMPSON & MILLEA
dmckiernan@mtmlaw.us