UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ST. PAUL FIRE & MARINE INSURANCE COMPANY,
Plaintiff-in-Interpleader,

vs. : C.A. No. 06-370L

ALBERT GRAY, administrator, Estate of Jude B. Henault, and the other parties listed on Exhibit A attached hereto, and Does 1 through 100,
Claimants-in-Interpleader.

**ENTRY OF APPEARANCE**

I, John P. Barylick, Esq. of Wistow & Barylick Incorporated, hereby enter my appearance as counsel on behalf of the Claimants-in-Interpleader in the above matter.

Claimants-in-Interpleader
By their Attorney,

/s/ John P. Barylick__________

John P. Barylick, Esq. (#1907)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903
Tel: 401-831-2700
Fax: 401-272-9752
Email: jbarylick@wistbar.com

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically filed in accordance with the Federal Rules of Civil Procedure and a copy of the foregoing pleading was electronically mailed to the following individuals on this 10th day of November, 2006.

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David D. Langfitt, Esq. | dlangfitt@mmwr.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | stationfire@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |

| | |
|---|---|
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Ian Ridlon, Esq. | iridlon@burnslev.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James S. D'Ambra, Esq. | ricedolan@ricedolan.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Jennifer A. Creedon, Esq. | stationlitigation@cetcap.com |
| Joel F. Pierce, Esq. | jpierce@piercedavis.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John J. Cloherty, III | jcloherty@piercedavis.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John G. Hines, Esq. | hines-patz@conversent.net |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| John F. Murphy, Esq. | stationfire@shb.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Josh M. Greenbaum, Esq. | jgreenbaum@cozen.com |
| Judith A. Perritano | jperritano@piercedavis.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kate B. Harden, Esq. for J.Renn Olenn | kbh@olenn-penza.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | stationlitigation@cetcap.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolan@ricedolan.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |

| | |
|---|---|
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert P. Corrigan, Esq. | rpcorrigan@conversent.net |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven W. Kasten, Esq. | skasten@mwe.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |
| James E. Kelleher, Esq. | jamesK@rrsplaw.com |

/s/ John P. Barylick________________
John P. Barylick, Esq. (#1907)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel.: 401-831-2700
Fax: 401-272-9752
[email: mw@wistbar.com]
[email: jpb@wistbar.com