**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| St. Paul Fire & Marine Insurance Co.,<br>Plaintiff-in-Interpleader,<br><br>v.<br><br>Albert Gray, Administrator,<br>Estate of Jude B. Henault,<br>and the other parties listed on Exhibit A,<br>Does 1 through 100,<br>Claimants-in-Interpleader. | : | Case No.: 06-370-L |

**NOTICE OF WITHDRAWAL**

I, Mark Mandell, Esq. of Mandell, Schwartz & Boisclair hereby withdraw my appearance as counsel on behalf of the following, in the above matter:

Carla Alves
Kerrie A. Amato
Angel O. Amitrano
Leonard Angers
John R. Arpin
Elizabeth Arruda
Korina Arruda
Patricia Avilez
Tammy Ayer
Sarah Jane Ballard
Joseph P. Barber
Steven Beardsworth
Kerrie-Lynn Beers
Patricia Belanger
Jacqueline Bernard
Paul Bertolo
Jordan Blasberg
Marc Blevins
Angela Boggs
Jesse Botelho
Kevin Bowe
David D. Brennan
Jonathan P. Brennan
Susan Brennan
Stephen Bruno

Francis J. Canillas
Kathleen M. Cardillo
Mario B. Cardillo
Catherine Carigan
Walter Castle, Jr.
Susan H. Chamberlain
Joseph Cristina
David Ciccone
Edward Corbett, Jr.
Christopher Costa
Robert M. Cripe
Judith Marie Croteau
Neil M. Cronin
Melinda Darby
Daniel Davidson
Eric Dawson
Donna DeBoard
Jose Robert Demos
Eileen J. DiBonaventure
Gregory Scott Dufour
Paul du Fosse
Scott Dunbar
Mathew Dussault
Sharon Eaton
Edward C. Ervanian
Andrea F. Fairbairn
John F. Fairbairn
Robert P. Feeney
Gerald Fontaine
Melanie Fontaine
Rosanna C. Fontaine
Suzanne Fox
Brandon Fravala
David Fravala
Kenneth Frederickson
Yvette Fresolo
Gina M. Gauvin
Lisa Geremia
Deborah A. Gerfin
Estate of Melvin A. Gerfin, Jr.
Kelly Gerfin
Laura Gerfin
Meagan Gerfin
Irina M. Gershelis
Julianna Giavin
Stephen Gillet

Georgette Giroux-Brown
Brenda Goguen
Eugene Goguen
Neil Gonsalves
Karen M. Gorden
Paul R. Gordon
Paula Gould
Richard J. Grace
Albert L. Gray
Anna Gruttadauria
Barbara Guindon
George Guindon
Robert Harrington
Andrew J. Henault
Chad M. Henault
Estate of Jude B. Henault
Rachel M. Henault
Melanie Holliday
Jaromir Housa
Mark A.P. Hyer. Sr.
Donna Innamorati
Jacqueline Jacavone
Glenn Johnson
Lisa Johnson
Robert J. Johnson, Sr.
Joseph A. Jones
Lee A. Karvonen
Tawnya Kelly
Gerald Lee Kemler
Joseph K. Kinan
Ronald Kingsley
Katrina Kolasa
John Kudryk
Theresia M. LaBree
Joanna T. Libera
John J. Libera
Brian Loftus
William Long
Heidi Peralta Longley
Mary Lourenco
Shawn Lourenco
Joseph Lusardi
Robert J. Luxton
David B. MacDonald
Carol Magee
Michael Magee

Eric Malardo
Michelle Malardo
David Malagrino
Anthony Manzo
Charles J. Maraglia
Dorothy Marion
Raymond Mattera
Estate of Samuel Miceli, Jr.
Madeliene Miceli
Donna L. Micchelli
John Minor
Melissa J. Minor
Joanne L. Mitchell
William Mitchell
Scott C. Moresco
Maria G. Morton
Cynthia Nobles
Edward D. Nobles
Nancy Noyes
Elizabeth O'Connor
Shaun O'Donnell
Roberta O'Melia
Joanne O'Neill
Charles A. Oberg
Linda A. Ormerod
Andrew Paskowski
Tammy Passa
Robin Petrarca
Edward Pezzelli, Jr.
Paul Pezzelli
John F. Pickett
John S. Pinkham
Ashley A. Poland
Bruce G. Pollock
Hollie A. Pomfret
Justin Pomfret
Victoria L. Potvin
Roberta J. Prete
Al Prudhomme
Charlene Prudhomme
Brianna Quarry
Robert W. Rager
Alton Ramos
William Rancourt
Catherine Randall
Donna Reis

Kerrie A. Rock
Linda Roderiques
Betty Roe
Susan W. Romanoff
Timothy J. Rossano
Cheryl Rossi
Louis Rossi
Tammy M. St. Hilaire
St. Paul Fire & Marine Insurance Co.
Patricia Sanetti
Richard Sanetti
Jon R. Schmidt
Ronald S. Schoepfer
Christopher Scot
Katherine Shubert
Stephanie Simpson
Doris Smith
Leo Smith
Michelle Spence
Michael Stefani
Ellen-Marie Stowers
Kathleen Sullivan
Maureen Sullivan
Carol Sweet
Charles Sweet
Annmarie Swida
Steven M. Tavares
Carolyn Telgarsky
Estate of Sarah Jane Telgarsky
Chris C. Trautz
Nancy S. Trautz
Christopher J. Travis
Gary M. Tremblay
Donald N. Trudeau
Roberta Trudeau
Frederick P. Vallente, Jr.
John F. Van Deusen III
Scott J. Vieira
Erin Whalen
Nathan D. White
John D. Wiggington
Richard Wiggs
Donovan Williams
Eric Williams
Sharon A. Wilson
Jennifer L. Young

Stephanie Zanella

/s/ Mark S. Mandell ___________________
Mark S. Mandell, #0502
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Facsimile: (401) 751-7830
Email: msmandell@msn.com

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and a copy was mailed to Griesinger, Tighe & Maffei LLP on the 15th day of November, 2006.

Lawrence J. Cappuccio, Esq.
CAPPUCCIO & CAPPUCCIO
l.cappuccio@worldnet.att.net

Patrick T. Jones, Esq.
Peter Schneider, Esq.
COOLEY MANION JONES, LLP
pjones@cmj-law.com
PSchneider@cmj-law.com

Eva Marie Mancuso
emancuso@hwac.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
msmandell@msn.com

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE P.C.
mikesp@rrsplaw.com

Mark L. Smith, Esq.
lawmls@aol.com

Max Wistow, Esq.
John P. Barylick, Esq.
WISTOW & BARYLICK
jdean@wistbar.com
jpb@wistbar.com

______________________________

Thomas F. Maffei, Esq.
Sarah Jane Shanahan, Esq.
Griesinger, Tighe & Maffei LLP
176 Federal Street
Boston, MA 02110