UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, Plaintiff-in-Interpleader, | : | |
| vs. | : | C.A. No. 06-370L |
| ALBERT GRAY, administrator, Estate of Jude B. Henault, and the other parties listed on Exhibit A attached hereto, and Does 1 through 100, Claimants-in-Interpleader. | : | |

**NOTICE OF WITHDRAWAL**

I, Max Wistow, Esq. of Wistow & Barylick Incorporated, hereby withdraw my appearance as counsel on behalf of the Claimants-in-Interpleader as listed below in the above matter.

Carla Alves
Kerrie A. Amato
Angel O. Amitrano
Leonard Angers
John R. Arpin
Elizabeth Arruda
Korina Arruda
Patricia Avilez
Tammy Ayer
Sarah Jane Ballard
Joseph P. Barber
Steven Beardsworth
Kerrie-Lynn Beers
Patricia Belanger
Jacqueline Bernard
Paul Bertolo
Jordan Blasbalg
Marc Blevins

Angela Boggs
Jesse Botelho
Kevin Bowe
David D. Brennan
Jonathan P. Brennan
Susan Brennan
Stephen Bruno
Francis J. Canillas
Kathleen M. Cardillo
Mario B. Cardillo
Catherine Carignan
Walter Castle, Jr.
Susan H. Chamberlin
David Ciccone
Edward Corbett, Jr.
Christopher Costa
Robert M. Cripe
Joseph Cristina
Neil E. Cronin
Judith Marie Croteau
Melinda J. Darby
Daniel Davidson
Erick Dawson
Donna DeBoard
Jose Roberto Demos
Eileen L. DiBonaventura
Paul du Fosse
Gregory Scott Dufour
Scott Dunbar
Matthew Dussault
Sharon Eaton
Edward C. Ervanian
Andrea F. Fairbairn
John F. Fairbairn
Robert P. Feeney
Gerald Fontaine
Melanie Fontaine
Rosanna C. Fontaine
Suzanne Fox
Brandon Fravala
David Fravala
Kenneth Frederickson

Yvette Fresolo
Gina M. Gauvin
Lisa Geremia
Deborah A. Gerfin
Estate of Melvin A. Gerfin, Jr
Kelly Gerfin
Laura Gerfin
Meagan Gerfin
Irina M. Gershelis
Julianna Giaven
Stephen A. Gillett
Georgette Giroux-Brown
Brenda Goguen
Eugene Goguen
Neil Gonsalves
Karen M. Gordon
Paul R. Gordon
Paula Gould
Richard J. Grace
Albert L. Gray
Anna Gruttadauria
Barbara Guindon
George Guindon
Robert Harrington
Andrew J. Henault
Chad M. Henault
Estate of Jude B. Henault
Rachel M. Henault
Melanie Holliday
Jaromir Housa
Mark P. Hyer, Sr.
Donna Innamorati
Jacqueline Jacavone
Glenn Johnson
Lisa Johnson
Robert J. Johnson, Sr.
Joseph A. Jones
Lee A. Karvonen
Tawnya Kelly
Gerald Lee Kemler
Joseph K. Kinan
Ronald Kingsley

Katrina Kolasa
John Kudryk
Theresia LaBree
Joanne T. Libera
John J. Libera
Brian Loftus
William Long
Heidi Peralta Longley
Mary Lourenco
Shawn Lourenco
Joseph Lusardi
Robert J. Luxton
David B. MacDonald
Carol Magee
Michael Magee
David Malagrino
Eric Malardo
Michelle Malardo
Anthony Manzo
Charles J. Maraglia
Dorothy Marion
Raymond Mattera
Donna L. Michelli
Madeliene Miceli
Estate of Samuel Miceli, Jr.
John Minor
Melissa J. Minor
Joanne L. Mitchell
William Mitchell
Scott C. Moresco
Marie G. Morton
Cynthia Nobles
Edward D. Nobles
Nancy Noyes
Charles A. Oberg
Elizabeth O'Connor
Shaun O'Donnell
Roberta O'Melia
Joanne O'Neill
Linda A. Ormerod
Andrew Paskowski
Tammy Passa

Robin Petrarca
Edward Pezzelli, Jr.
Paul Pezzelli
John F. Pickett
John S. Pinkham
Ashley A. Poland
Bruce Pollock
Hollie A. Pomfret
Justin Pomfret
Victoria L. Potvin
Roberta J. Prete
Al Prudhomme
Charlene Prudhomme
Brianna Quarry
Robert W. Rager
Alton Ramos
William Rancourt
Catherine Randall
Donna Reis
Kerrie A. Rock
Linda Roderiques
Betty Roe
Susan W. Romanoff
Timothy J. Rossano
Cheryl Rossi
Louis Rossi
Patricia Sanetti
Richard Sanetti
Jon R. Schmidt
Ronald S. Schoepfer
Christopher Scot
Katherine Shubert
Stephanie Simpson
Doris Smith
Leo Smith
Michelle Spence
Tammy M. St. Hilaire
Michael Stefani
Ellen-Marie Stowers
Kathleen Sullivan
Maureen Sullivan
Carol Sweet

Charles Sweet
Annmarie Swidwa
Steven M. Tavares
Caroline Telgarsky
Estate of Sarah Jane Telgarsky
Chris C. Trautz
Nancy Trautz
Christopher J. Travis
Gary M. Tremblay
Donald N. Trudeau
Roberta Trudeau
Fredrick P. Vallante, Jr.
John F. Van Deusen, III
Scott J. Vieira
Erin Whalen
Nathan White
John D. Wigginton
Richard Wiggs
Donovan Williams
Eric Williams
Sharon A. Wilson
Jennifer L. Young
Stephanie Zannella

/s/ Max Wistow__________
Max Wistow, Esq. (#0330)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903
Tel: 401-831-2700
Fax: 401-272-9752
Email: jwistow@wistbar.com

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing System of the United States District Court for its distribution to all counsel of record as identified below on this 16th day of November, 2006

| | |
|---|---|
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Peter J. Schneider, Esq. | pschneider@cmjlaw.com |
| Mark L. Smith, Esq. | lawmls@aol.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Max Wistow, Esq. | mwistow@wistbar.com |

Also, a copy of the within document was mailed to the following on this 16th day of November, 2006.

Thomas F. Maffei
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110

Sara Jane Shanahan
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110

/s/ Max Wistow_________________

Max Wistow, Esq. (#0330)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel.: 401-831-2700
Fax: 401-272-9752
[email: mw@wistbar.com]