UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ST. PAUL FIRE & MARINE INSURANCE CO.

VS CASE NO. 06-370L

ALBERT GRAY, ADMINISTRATOR,
ESTATE OF JUDE B. HENAULT,
AND THE OTHER PARTIES LISTEDON
EXHIBIT A, DOES 1 THROUGH 100

**ENTRY OF APPEARANCE**

I, Charles N. Redihan, Jr., of Kiernan, Plunkett & Redihan, hereby enter my appearance as counsel on behalf of Gina M. Gauvin and John F. Pickett, Administrator of the Estate of Matthew J. Pickett.

/s/ Charles N. Redihan, Jr.

CHARLES N. REDIHAN, JR. (1810)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
*e-mail: credihan@kprlaw.com*

Certification

I hereby certify that I have electronically filed the above document, and it is available for viewing and downloading from the ECF System.

Notice will be electronically mailed to:

Patrick T. Jones, Esq. COOLEY, MANION & JONES, LLC pjones@cmjlaw.com

Peter J. Schneider, Esq., COOLEY, MANION & JONES, LLC pschneider@cmjlaw.com

Thomas C. Angelone, Esq. HODOSH, SPINELLA & ANGELONE, P.C.
angelonelaw@aol.com

C. Russell Bengston, Esq. CARROLL, KELLY & MURPHY
rbengtson@ckmlaw.com

James A. Bigos, Esq.
jim@b-plaw.com

Russell Bramley, Esq.
bramley@hbhlaw.net

Joseph B. Burns, Esq.
ROME MCGUIGAN SABANOSH P.C. jburns@rms-law.com

Mark D. Cahill, Esq. Eric Bradford Hermanson, Esq. CHOATE, HALL & STEWART
mcahill@choate.com
ehermanson@choate.com

Lawrence J. Cappuccio, Esq.
CAPPUCCIO & CAPPUCCIO
l.cappuccio@worldnet.att.net

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
BUSH & CAVANAGH
stationfire@blishcavlaw.com

Lawrence G. Cetrulo, Esq. Stephen T. Armato, Esq. Jennifer Creedon, Esq. Kristen Blackburn, Esq. CETRULO & CAPONE, LLC
lcetrulo@cetcap.com
sarmato@cetcap.com
jcreedon@cetcap.com
kblackburn@cetcap.com

John J. Cloherty, III, Esq. PIERCE, DAVIS & PERRITANO, LLP
jcloherty@piercedavis.com

Edward M. Crane, Esq.
Deborah Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
ecrane@skadden.com
dsolmor@skadden.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
LAW OFFICES OF BRIAN CUNHA & ASSOCIATES
brian@briancunha.com

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
tdemarco@conversent.net

Gerald C. DeMaria, Esq. James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY LLC
jruggieri@hcc-law.com
sodonoghue@hcc-law.com

Marc DeSisto, Esq. DESISTO LAW
stationfire@desistolaw.com

Stefanie DiMaio-Larivee, Esq. GRILUI & DIMAJO
fonia@msn.com

Mark P. Dolan, Esq. RICE, DOLAN & KERSHAW
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq. Josh M. Greenbaum COZEN O'CONNOR
cfallon@cozen.com
jgreenbaum@cozen.com

Stephen P. Fogerty, Esq. HALLORAN & SAGE LLP
fogerty@halloran-sage.com

Bennett R. Gallo, Esq.
NOLAN, DAILEY, GALLO, ROTHMICH & BRUNERO, LTD.
brg@ndgrb.com

Mark C. Hadden, Esq.
LAW OFFICES OF MARK C. HADDEN
mhadden@mhaddenlaw.com

Timothy B. Hardwicke, Esq. Suzanne Kadus, Esq. Meghan H. Sullivan, Esq.
timothy.hardwicke@lw.com
suzanne.kadus@lw.com
meghan.sullivan@lw.com

William M. Heffernan, Esq. HEFFERNAN LAW OFFICES, PC
heffernanlaw@aol.com

Carl A. Henlein, Esq. John R. Crockett, III, Esq. Susan S. Wettle, Esq.
FROST BROWN TODD
chenlein@fbtlaw.com
jcrocket@fbtlaw.com
swettle@fbtlaw.com

Edward T. Hinchey, Esq. Robert T. Norton, Esq.
SLOANE & WALSH, LLP
ehinchey@sloanewalsh.com
rnorton@sloanewalsh.com

John G. Hines, Esq. HINES & PATZ, INC.
hines-patz@conversent.net

Daniel J. Horgan, Esq.
THE HORGAN LAW OFFICES
horganlaw@snet.net

Stephen A. Izzi, Esq.
sizzi@moseafonso.com

Craig A. Johns, Esq. LAW
OFFICES OF JOHN T. MADDEN
johnsc@nationwide.com

Howard Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Michael Potenza, Esq.
DEBEVOISE & PLIMPTON
bkeller@debevoise.com
mpotenza@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Kim M. Clarke, Esq.
NIXON PEABODY LLP
stationfirelitigation@nixonpeabody.com
kclarke@nixonpeabody.com

Joseph Krowski, Esq.
josophkrowski.law@verizon.net

David D. Langfitt, Esq.
MONTGOMERY, MCCRACKEN, WALKER & RHOADS LLP
dlangfitt@mmwr.com

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
SMITH & BRINK, P.C.
rlanglois@smithbrink.com
lwilkins@smithbrink.com

James R. Lee, Esq.
DEPARTMENT OF THE ATTORNEY GENERAL
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
STRAUSS, FACTOR, LAING & LYONS
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
MACADAMS & WIECK INC.
rmacadams@mandwlaw.com

David E. Maglio, Esq.

DAVID E. MAGLIO & ASSOCIATES, P.C.
dmaglio@magliolaw.com

John R. Mahoney, Esq.
ASQUITH & MAHONEY LLP
johnmahoney@amlawllp.com

Eva-Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
emancuso@hwac.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR, LTD.
msmandell@msn.com

Michael J. McCormack, Esq.
David T. Mitrou, Esq.
Joseph H. Aronson, Esq.
THE MCCORMACK FIRM
mmccormack@mccormackfirm.com
dmitrou@mccormackfirm.com
jaronson@mccormackfirm.com

W. Thomas McGough Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Edwin F. McPherson, Esq.
MCPHERSON & KALMANSOHN LLP
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
LITTLE MEDEIROS KINDER BULMAN & WHITNEY PC
mfm@lmkbw.com

Howard A. Merten, Esq.
VETTER & WHITE
hmerten.station@psh.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
CALVINO LAW ASSOCIATES
sminicucci@calvinolaw.com
wfilippo@calvinolaw.com

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
rmonaco.c-l@snet.com

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
stationfire@hansoncurran.com

John J. Nazzaro, Esq.
JOHN NAZZARO LAW OFFICES
attynazzaro@aol.com

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY LLP
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

Willam E. O'Gara, Esq.
PANNONE LOPES & DEVEREAUX LLC
wogara@pld-law.com

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
kbh@olenn-penza.com

Mark E. Parsky, Esq.
MCVEY & PARS KY, LLP
mep@mcveyparsky-law.com

Stephen M. Prignano, Esq.
Stephen MacGillivray, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
sprignano@eapdlaw.com
smacgillivray@eapdlaw.com

Robert I. Reardon, Jr., Esq. THE REARDON LAW FIRM, P.C.
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
credihan@kprlaw.com

James H. Reilly, Esq.
Donald J. Maroney, Esq.
KELLEY, KELLEHER, REILLY & SIMPSON
jreilly@kkrs.com
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
LAW OFFICES OF RONALD J. RESMINI LTD.

resminilaw@yahoo.com

Peter U. Resnik, Esq.
Steven W. Kasten, Esq.
MCDERMOTT WILL & EMERY
presnik@mwe.com
skasten@mwe.com

Dennis J. Roberts II, Esq.
LAW OFFICE OF DENNIS J. ROBERTS II
kgoyer@djrlaw.com

Michael G. Sarli, Esq.
Michael R. DeLuca, Esq.
GIDLEY, SARLI & MASURAK, LLP
mgs@gsm-law.com
mrd@gsm-law.com

Ann M. Songer, Esq.
George E. Wolf, III, Esq.
SHOOK, HARDY & BACON, LLP
stationfire@rrsplaw.com

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE P.C.
mikesp@rrsplaw.com

Georgia Sullivan, Esq.
LAW OFFICES OF DAVID J. MATHIS
Georgia.sullivan@thehartford.com

Rajaram Suryanarayan, Esq.
Eric B. DiMario, Esq.
Gunning Lafazia Inc.
rsury@gunninglafazia.com

Henry M. Swan, Esq.
DAVIS, KILMARX, SWAN & BOWLING
hms@dksblaw.com

Mark R. Ter Molen, Esq.
MAYER, BROWN, ROWE & MAW LLP
mtermolen@mayerbrownrowe.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN TOURGEE & WILLIAMSON
aminchillo@itwlaw.com

Andrew Trevelise, Esq.

REED SMITH LLP
atrevelise@reedsmith.com

Bruce G. Tucker, Esq.
btucker@legalmgt.com

Scott J. Tucker, Esq.
TUCKER, HEIFETZ & SALTZMAN
stucker@ths-law.com

T. Dos Urbanski, Esq.
Michael J. Mazurczak, Esq.
MEUICK, PORTER & SHEA, LLP
durbanski@melicklaw.com
mmazurczak@melicklaw.com

Earl H. Walker, Esq.
Charles Babcock, Esq.
Nancy W. Hamilton, Esq.
JACKSON WALKER LLP
cbabcock@jw.com

Max Wistow, Esq.
John P. Barylick, Esq.
WISTOW & BARYLICK, INC.
jdean@wistbar.com
jpb@wistbar.com

David A. Wollin, Esq.
William F. Burke, Esq.
ADLER, POLLOCK & SHEEHAN
dwollin@apslaw.com
wburke@apslaw.com

Esquire Deposition Services, LLC
stationfire@esquire.com

John J. Flanagan, Esq.
Flanagan@torti.com

S. Michael Levin, Esq.
WINOGRAD SHINE & ZACKS P.C.
mlevin@wszlaw.com

Daniel P. McKiernan, Esq.
MCKIERNAN, THOMPSON & MILLEA
dmckiernan@mtmlaw.us

Dated: November 16, 2006 /s/ Charles N. Redihan, Jr.