UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| St. Paul Fire & Marine Insurance Co., Plaintiff-in-Interpleader, | : | |
| v. | : | Case No.: 06-370-L |
| Albert Gray, Administrator, Estate of Jude B. Henault, and the other parties listed on Exhibit A, Does 1 through 100, Claimants-in-Interpleader. | : | |

## WITHDRAWAL OF APPEARANCE

Patrick T. Jones, Esq. and Peter J. Schneider, Esq. of Cooley Manion Jones LLP, hereby withdraw their appearance as counsel on behalf of the following Claimants-in-Interpleader in the above matter:

Adrian Krasinskas
Alton Ramos
Andrew J. Henault
Andrew Paskowski
Angela Boggs
Anna Gruttadauria
Annmarie Swidwa
Anthony B. Mancini
Anthony J. Durante
Anthony Manzo
Arthur J. Conway, III
Ashley A. Poland
Barbara A. Kulz
Barbara Guindon
Barbara Magness
Betty Roe
Bonnie A. Hoisington
Brenda Cormier
Brenda Goguen
Brian Wagner
Brianna Quarry
Bruce Cormier
Bruce G. Pollock
Carlton L. Howorth, Jr.

Carol Magee
Carol Sweet
Caroline Telgarsky
Carolyn Moore
Catherine C. Sagesta
Catherine Cabral
Catherine Carignan
Chad M. Henault
Charles A. Oberg
Charles Sweet
Cheryl Haines
Cheryl Rossi
Chris C. Trautz
Christina Therriault
Christopher A. Peters
Christopher J. Nowicki
Christopher O'Donnell
Christopher Scot
Claire H. Bruyere
Claude Richard
Craig Ballard
Daniel Davidson
David D. Brennan
David Malagrino
Dean DePietro
Deborah A. Gerfin
Denise M. McGregor
Diana L. Shaughnessy (Co-Administrator of the Estate of Benjamin J. Suffoletto, Jr.)
Diana L. Shaughnessy (Co-Administrator of the Estate of Linda D. Suffoletto)
Donald N. Trudeau
Donna Cormier
Donna Innamorati
Donovan Williams
Doris Smith
Dorothy E. Bonardi
Dorothy Pimentel
Edward C. Ervanian
Edward Corbett, Jr.
Eileen Dunn
Ellen-Marie Stowers
Eric Malardo
Eric Williams
Erick Dawson
Erin Pucino
Erin Whalen
Estate of Jude B. Henault
Estate of Melvin A. Gerfin, Jr.
Estate of Samuel Miceli, Jr.

Estate of Sarah Jane Telgarsky
Eugene Goguen
Evelyn L. King
Frances P. McMurray
Gary Stein
Gennaro Companatico
George A. Kulz
George F. Phelan
George Guindon
George Solitro
Gerald Fontaine
Gerald Lee Kemler
Gina M. Gauvin
Glenn Johnson
Glenn Therriault
Grant Hall
Gregory Gray
Honorina Washburn
Jacqueline Bernard
Jacqueline Jacavone
James C. Gahan, III
James Dufresne
Jane C. Sylvester
Jaromir Housa
Jason Piscopio
Jean Moreau
Jeannette Garcia
Jennifer Choquette
Jessica Mallette
Jessica Wood
Joanne T. Libera
John A. Longiaru
John A. Rezendes
John Dimeo
John Edward Hussey, Jr.
John F. Pickett
John Gibbs
John J. DeCosta, III
John J. Libera
John J. Shaw
John M. Hoban
John Mangan, Jr.
John Minor
John S. Pinkham
Jonathan Petrin
Jordan Blasbalg
Jordon Clark
Joseph A. Dibona, Jr.

Joseph A. Jones
Joseph Cristina
Joseph M. Flynn
Judith Carver
Judith O'Brien
Julianna Giaven
Julie Belson
Karen E. Howorth
Karen M. Gordon
Katherine Cordier
Kathleen M. Cardillo
Kathren M. Prunier
Katrina Kolasa
Kelly Gerfin
Kerrie A. Amato
Kerrie A. Rock
Kevin Blom
Kevin J. Fisher
Kimberly Napolitano
Kimberly Rich
Korina Arruda
Kristen A. Brown
Laura Gerfin
Laura Shubert
Laurie A. Hussey
Lawrence E. Fick
Lee A. Karvonen
Leo Smith
Leslie Preuit
Linda A. Ormerod
Linda M. Fisher
Linda Roderiques
Lisa C. Hale
Lisa Geremia
Lisa Johnson
Loriann Gooden
Louis Rossi
Madeliene Miceli
Marc A. Lucier
Marc Blevins
Maria Latulippe
Mario B. Cardillo
Mark D'Andrea
Mark P. Hyer, Sr.
Mary Lourenco
Maryanne Shubert
Matthew Dussault
Matthew Mallette

Meagan Gerfin
Melanie Fontaine
Melanie Holliday
Melinda Bloomingburgh
Melinda J. Darby
Melissa A Stephenson
Melissa J. Minor
Michael Iannone
Michael Magee
Michael Perreault
Michael R. Ricardi
Michael Reno
Michelle Malardo
Michelle Spence
Milisa Bump
Nancene Cohen
Nancy DePasquale
Nancy Lee
Nancy Noyes
Nancy S. Trautz
Nathan D. White
Neil E. Cronin
Neil Gonsalves
Nicole Conant
Patricia Belanger
Patricia L. Clarke
Patricia Sanetti
Paul A. Morin
Paul Bertolo
Paul M. Pelletier
Paul R. Gordon
Paul Roe
Paula A. McLaughlin
Paula Woodcock (Co-Administrator of the Estate of Christopher Prouty)
Paula Woodcock(as mother and next friend of Makayla Woodcock, minor child of the decedent, Christopher Prouty)
Peter M. DiRienzo
Peter M. DiRienzo, Jr.
Philip Barr
Rachel M. Henault
Ray F. Beauchaine, Jr.
Ray F. Beauchaine, Sr.
Raymond Mattera
Richard Cook
Richard DelSanto
Richard Dufour, Jr.
Richard H. Rakoski
Richard Moreau

Richard Sanetti
Richard Wiggs
Robert A. Barlow
Robert Cushman
Robert J. Johnson, Sr.
Robert L. Sylvester
Robert M. Cripe
Robert P. Feeney
Roberta Trudeau
Roderick Prouty
Rolland Blom
Ronald J. Cordier
Ronald Kingsley
Rosanna C. Fontaine
Rozilyn Guy
Sally Blom
Sandra L. Greene
Sarah Amy Cook
Sarah Jane Ballard
Sarah R. Mancini
Scott C. Moresco
Scott Preuit
Sharon A. Wilson
Sharon Colpitts
Sharon Eaton
Shauna Dell
Shawn Lourenco
Sheila Palumbo
Stephanie Conant
Stephanie Napolitano
Stephanie Simpson
Stephen A. Gillett
Stephen Bruno
Steven Beardsworth
Steven M. Tavares
Sus Longiaru
Susan Brennan
Susan Sylvia
Susan W. Romanoff
Suzanne Fox
Tammy Ayer
Tammy Lapierre
Tammy M. St. Hilaire
Tammy Passa
Theresia M. LaBree
Timothy J. Fleming
Timothy J. Rossano
Veda Kerr

Victoria L. Potvin
Walter Castle, Jr.
Warren L. Baker, III
William H. Cartwright, Jr.
William Long
William Rancourt
Zachary S. Suffoletto (Co-Administrator of the Estate of Benjamin J. Suffoletto, Jr.)
Zachary S. Suffoletto (Co-Administrator of the Estate of Linda D. Suffoletto, Jr.)

/s/ Patrick T. Jones__________
Patrick T. Jones, #6636
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Telephone: (617) 737-3100
Facsimile: (617) 737-3113
E-mail: pjones@cmjlaw.com

/s/ Peter J. Schneider_________
Peter J. Schneider, #6834
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Telephone: (617) 737-3100
Facsimile: (617) 737-3113
E-mail: pschneider@cmjlaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and a copy was mailed Griesinger, Tighe & Maffei LLP on the 16th day of November, 2006.

**Lawrence J. Cappuccio**
Cappuccio & Cappuccio
l.cappuccio@worldnet.att.net

**Eva Marie Mancuso**
Hamel, Waxler, Allen & Collins
emancuso@hwac.com

**Mark S. Mandell**
Mandell, Schwartz & Boisclair, Ltd.
msmandell@msn.com

**Michael A. St. Pierre**
Revens, Revens & St. Pierre
mikesp@rrsplaw.com

**Mark L. Smith**
Law Offices of Mark L. Smith
lawmls@aol.com

**Max Wistow**
**John P. Barylick**
Wistow & Barylick Incorporated
jdean@wistbar.com
jpb@wistbar.com

________________________________________

**Thomas F. Maffei, Esq.**
**Sara Jane Shanahan, Esq.**
Griesinger, Tighe & Maffei LLP
176 Federal Street
Boston, MA 02110
617-542-9900
Fax: 617-542-0900