**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

St. Paul Fire & Marine Insurance Co.
Plaintiff-in-Interpleader

VS. Case No. 06-370-L

Albert Gray, Administrator,
Estate of Jude B. Henault,
And the other parties listed on
Exhibit A, Does 1 through 100,
Claimants-in-Interpleader

ENTRY OF APPEARANCE

I, STEPHEN E. BREGGIA of Breggia Bowen & Grande hereby enter my appearance in the above-entitled matter as counsel of behalf of the following Claimants-in-Interpleader:

- Melinda J. Darby, Administratrix of the Estate of Matthew P. Darby, individually and as natural parent, next friend and guardian of Jessica L. Darby and Sarah M. Darby; minor children of the decedent, Matthew P. Darby
- John S. Brunero, Esq., Administrator CTA of the Estate of Tracey L. Romanoff
- Mark P. Hyer, Sr., Administrator of the Estate of Eric J. Hyer
- Annmarie Swidwa, Administratrix of the Estate of Bridget M. Sanetti
- Stephen A. Gillett, Administrator of the Estate of Laura L. Gillett, individually and as father, next friend and permanent legal guardian of Jake T. Gillett and Jared J. Gillet, minor children of the decedent, Laura L. Gillett

- Scott C. Moresco, individually, and in his capacity as natural parent, next friend and guardian of Tatiana Abel
- Mario B. Cardillo
- Kathleen M. Cardillo
- Tammy M. St. Hilaire
- Michelle Spence, individually and on behalf of her minor child Hailey Spence

Claimants-in-Interpleader
As set forth above
By their attorneys,

/s/ Stephen E. Breggia
Stephen E. Breggia, #2865
BREGGIA BOWEN & GRANDE
395 Smith Street
Providence, RI 02908-3734
Telephone: (401) 831-1900
Facsimile: (401) 831-0129
Email: sbreggia@bbglaw.us

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically submitted to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record; and by regular mail, postage prepaid, to Thomas F. Maffei, Esq. and Sarah Jane Shanahan, Esq., of Griesinger, Tighe & Maffei, LLP, 176 Federal Street, Boston, MA 02110 on the **17th day of November 2006**.

Lawrence J. Cappuccio, Esq.
CAPPUCCIO & CAPPUCCIO
l.cappuccio@worldnet.att.net

Patrick T. Jones, Esq.
Peter Schneider, Esq.
COOLEY MANION JONES, LLP
pjones@cmj-law.com
PSchneider@cmj-law.com

Eva Marie Mancuso, Esq.
HAMEL, WAXLER, ALLEN & COLLINS
emancuso@hwac.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
msmandell@msn.com

Mark L. Smith, Esq.
LAW OFFICES OF MARK L. SMITH
lawmls@aol.com

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE P.C.
mikesp@rrsplaw.com

Max Wistow, Esq.
John P. Barylick, Esq.
WISTOW & BARYLICK
jdean@wistbar.com
jpb@wistbar.com

Thomas F. Maffei, Esq.
Sarah Jane Shanahan, Esq.
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street,
Boston, MA 02110

/s/ Stephen E. Breggia