**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

ST. PAUL FIRE & MARINE INSURANCE COMPANY,

Plaintiff-in-Interpleader,

vs.

Albert Gray, Administrator, Estate of Jude B. Henault, and the other parties listed on Exhibit A to the Complaint, and Does 1 through 100,

Claimants-in-Interpleader.

CASE NO.: 06-cv-00370-L-DLM

**STIPULATION ACCEPTING SERVICE OF COMPLAINT**

**STIPULATION ACCEPTING SERVICE**

The counsel identified below hereby accept service of the Complaint on behalf of the named Claimants-in-Interpleader, who are identified on Exhibit A to the Complaint, and who are plaintiffs in lawsuits arising out of a fire on February 20, 2003 at The Station, a nightclub in West Warwick, Rhode Island. The undersigned counsel for Claimaints-in-Interpleader will represent in this case the same parties that they represent in the consolidated matters of Gray, et al. v. Derderian, et al. (CA # 04-cv-00312) and Henault, et al. v. American Foam Co. et al. (CA # 03-cv-00483), which are pending in the United States District Court for the District of Rhode Island.

The parties further stipulate that all Claimants-in-Interpleader shall have to and including November 15, 2006 to answer or otherwise respond to the Complaint.

Respectfully submitted,

ST. PAUL FIRE & MARINE INSURANCE COMPANY,

By its attorneys,

Mark L. Smith (sjs)

Mark L. Smith, Esquire
Law Offices of Mark L. Smith
127 Dorrance Street
Providence, RI 02903
(401) 272-1432

Sara Jane Shanahan

Thomas F. Maffei, Esquire (BBO 313220)
Sara Jane Shanahan, Esquire (BBO 567837)
(*pro hac vice motions pending*)
Griesinger Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone (617) 542-9900
Facsimile (617) 542-0900

CLAIMANTS-IN-INTERPLEADER,

By their attorneys,

Russell Bramley, Esquire
Haronian, Bramley & Harrington, LLP
Centerville Commons
875 Centerville Road
Building Two, Unit 4B6
Warwick, RI 02886

Stephen E Breggia (PTJ)

Stephen E. Breggia, Esquire
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Respectfully submitted,

ST. PAUL FIRE & MARINE INSURANCE
COMPANY,

By its attorneys,

___________________________________
Mark L. Smith, Esquire
Law Offices of Mark L. Smith
127 Dorrance Street
Providence, RI 02903
(401) 272-1432

___________________________________
Thomas F. Maffei, Esquire (BBO 313220)
Sara Jane Shanahan, Esquire (BBO 567837)
(*pro hac vice motions pending*)
Griesinger Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone (617) 542-9900
Facsimile (617) 542-0900

CLAIMANTS-IN-INTERPLEADER,

By their attorneys,

Russell Bramley
Russell Bramley, Esquire
Haronian, Bramley & Harrington, LLP
Centerville Commons
875 Centerville Road
Building Two, Unit 4B6
Warwick, RI 02886

Stephen E Breggia (PTJ)
Stephen E. Breggia, Esquire
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Patrick T. Jones, Esquire
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110-3536

Eva Marie Mancuso, Esquire
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

Donald J. Maroney, Esquire
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Mark S. Mandell, Esquire
Mandell, Schwartz & Boisclair, Ltd.
1 Park Row
Providence, RI 02903

Steven A. Minicucci, Esquire
Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

Charles N. Redihan, Jr., Esquire
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Michael A. St. Pierre (PTJ)

Michael A. St. Pierre, Esquire
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Max Wistow (PTJ)

Max Wistow, Esquire
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Brian R. Cunha, Esquire
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Ronald J. Resmini, Esquire
155 South Main Street
Providence, RI 02903

~~Robert I. Rimmer, Esquire~~ Robert I. Reardon, Jr., Esquire
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Ralph J. Monaco, Esquire
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT 06320

Michael A. St. Pierre (PTJ)

Michael A. St. Pierre, Esquire
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Max Wistow (PTJ)

Max Wistow, Esquire
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Brian R. Cunha, Esquire
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Ronald J. Resmini, Esquire
155 South Main Street
Providence, RI 02903

~~Robert I. Rimmer, Esquire~~ Robert I. Reardon, Jr., Esquire
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Ralph J. Monaco, Esquire
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT 06320

Michael A. St. Pierre (PTJ)

Michael A. St. Pierre, Esquire
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Max Wistow (PTJ)

Max Wistow, Esquire
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Brian R. Cunha, Esquire
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Ronald J. Resmini, Esquire
155 South Main Street
Providence, RI 02903

~~Robert I. Rimmer, Esquire~~ Robert I. Reardon, Jr., Esquire
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Ralph J. Monaco, Esquire
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT 06320

Michael A. St. Pierre (PTJ)

Michael A. St. Pierre, Esquire
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Max Wistow (PTJ)

Max Wistow, Esquire
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Brian R. Cunha, Esquire
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Ronald J. Resmini, Esquire
155 South Main Street
Providence, RI 02903

~~Robert I. Rimmer, Esquire~~ Robert I. Reardon, Jr., Esquire
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Ralph J. Monaco, Esquire
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT 06320

Michael A. St. Pierre (PTJ)

Michael A. St. Pierre, Esquire
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

Max Wistow (PTJ)

Max Wistow, Esquire
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903

Brian R. Cunha, Esquire
Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Ronald J. Resmini, Esquire
155 South Main Street
Providence, RI 02903

~~Robert I. Rimmer, Esquire~~ Robert I. Reardon, Jr., Esquire
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Ralph J. Monaco, Esquire
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT 06320

Daniel J. Horgan, Esquire
Horgan Law Offices
111 Huntington Street
New London, CT 06320

Lawrence Joseph Cappuccio, Esquire
P. O. Box 763
18 Granite Street
Westerly, RI 02891

John J. Nazzaro
164 Hempstead Street
New London, CT 06320

Daniel J. Horgan, Esquire
Horgan Law Offices
111 Huntington Street
New London, CT 06320

Lawrence Joseph Cappuccio, Esquire
P. O. Box 763
18 Granite Street
Westerly, RI 02891

John J. Nazzaro
164 Hempstead Street
New London, CT 06320