**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>Albert Gray, Administrator, Estate of Jude B. Henault, and the other parties listed on Exhibit A attached hereto, and Does 1 through 100,<br><br>Claimants-in-Interpleader. | CASE NO.: 06-370-L |

**CERTIFICATE OF SERVICE FOR ANSWER OF ST. PAUL FIRE & MARINE INSURANCE COMPANY TO COUNTERCLAIM AND PRAYER FOR RELIEF**

I hereby certify that I have electronically filed the Answer of St. Paul Fire & Marine Insurnace Company to Counterclaim and Prayer for Relief and it is available for viewing and downloading from the ECF system.

Notice will be electronically mailed to:

John P. Barylick
Max Wistow !
Wistow & Barylick
jpb@wistbar.com
mwistow@wistbar.com,
jdean@wistbar.com

Stephen E. Breggia
Breggia, Bowen & Grande
sbreggia@bbglaw.us

Eva Marie Mancuso
Hamel, Waxler, Allen & Collins
emancuso@hwac.com

Mark S. Mandell
Mandell, Schwartz & Boisclair, Ltd.
msmandell@msn.com, cmatzko@cox.net;

Charles N. Redihan , Jr
Kiernan, Plunkett & Redihan
credihan@kprlaw.com, sharrison@kprlaw.com

Michael A. St. Pierre
Revens, Revens & St. Pierre
mikesp@rrsplaw.com, susanl@rrsplaw.com

/s/ Thomas F. Maffei .
Thomas F. Maffei