UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| St. Paul Fire & Marine Insurance Co.,<br>Plaintiff-in-Interpleader,<br><br>v.<br><br>Albert Gray, Administrator,<br>Estate of Jude B. Henault,<br>and the other parties listed on Exhibit A,<br>Does 1 through 100,<br>Claimants-in-Interpleader. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 06-370-L |

**ENTRY OF APPEARANCE**

Patrick T. Jones, Esq. and Peter J. Schneider, Esq. of Cooley Manion Jones LLP, hereby enter their appearance as counsel on behalf of the following Claimants-in-Interpleader in the above matter:

- Carla S. Alves, Administratrix of the Estate of Louis S. Alves
- Leonard Angers, Administrator of the Estate of Stacie J. Angers
- John R. Arpin
- Elizabeth Arruda
- Patricia Avilez, Administratrix of the Estate of Eugene M. Avilez
- Charles J. Maraglia and Micchelli, Donna L., Co-Administrators of the Estate of Karla Bagtaz
- Joseph P. Barber
- Angel O. Amitrano, Administratrix of the Estate of Thomas A. Barnett
- Kerrie-Lynn Beers
- Kevin J. Beese, Sr.
- Jesse Botelho
- Kevin Bowe
- Jonathan P. Brennan
- Francis J. Canillas
- Susan Chamberlin

- David Ciccone
- Christopher Costa
- Judith M. Croteau, Administratrix of the Estate of Robert J. Croteau
- Jose Roberto Demos
- Eileen DiBonaventura, Administratrix of the Estate of Albert DiBonaventura, and Albert C. DiBonaventura, father of the decedent
- Paul W. du Fossé
- Gregory Scott Dufour
- Scott Dunbar
- Andrea Fairbairn
- John Fairbairn
- Brandon Lee Fravala
- David Fravala
- Donna DeBoard, Administratrix of the Estate of Daniel J. Fredrickson and on behalf of Amanda, Ryan, Amber and Kenneth Fredrickson, minor children of the decedent
- Yvette C. Fresolo, Administratrix of the Estate of Michael A. Fresolo and as wife and surviving spouse of the decedent and as a mother of the decedent's minor children, Emily and Maria Fresolo
- Rodney J. Gaumitz
- Irina M. Gershelis
- Georgette Giroux-Brown
- Paula Gould
- Richard J. Grace
- Albert L. Gray, Administrator of the Estate of Derek John Gray and on behalf of Jani L. Gray-McGill, minor child of the decedent
- Robert H. Harrington
- Tawnya Kelly
- Joseph Kinan
- John E. Kudryk
- Brian Loftus
- Joseph A. Lusardi
- Robert J. Luxton
- David B. MacDonald

- Dorothy Marion, Administratrix of the Estate of Thomas Frank Marion, Jr.
- Joanne L. Mitchell and William Mitchell, Co-Administrators of the Estate of Donna M. Mitchell, and Joanne L. Mitchell, as guardian and next friend of Brooklyn Belanger and Joslynn Belanger, minor children of the decedent
- Marie G. Morton, Administratrix of the Estate of Jason R. Morton, individually as wife and surviving spouse of the decedent, and as mother and next friend of the decedent’s minor children, Ashley and Kaitlin Morton
- Cynthia A. Nobles
- Edward D. Nobles
- Elizabeth O'Connor
- Shaun O’Donnell
- Roberta L. O’Melia
- Joanne O’Neill, Administratrix of the Estate of Nicholas P. O’Neill, and Dennis T. Kane, father of the decedent
- Heidi Peralta Longley, as parent of and for the benefit of AceyTy Longley, minor child of the decedent, Ty Longley
- Robin M. Petrarca
- Edward Pezzelli, Jr.
- Paul M. Pezzelli
- Hollie A. Pomfret
- Justin A. Pomfret
- Roberta J. Prete
- Albert A. Prudhomme, Jr.
- Charlene Prudhomme
- Robert W. Rager
- Catherine Randall
- Donna Reis
- Jon R. Schmidt
- Ronald S. Schoepfer
- Katherine Shubert, Administratrix of the Estate of Mitchell C. Shubert, as wife and surviving spouse of the decedent, and as mother and next friend of the decedent’s minor child, Melissa C. Shubert
- Michael Stefani
- Kathleen Sullivan
- Christopher J. Travis

- Gary Tremblay
- Fredrick P. Vallante, Jr.
- John F. Van Deusen III
- Scott Vieira, Administrator of the Estate of Kelly Lynn Vieira, as husband and surviving spouse of the decedent, and as father and next friend of Crystle Vieira, minor child of the decedent
- Scott Vieira
- John D. Wigginton
- Jennifer Young, Administratrix of the Estate of Robert Daniel Young and as wife and surviving spouse of the decedent
- Stephanie Zannella

Claimants-in-Interpleader
By their Attorneys:

/s/ Patrick T. Jones
Patrick T. Jones, #6636
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Telephone: (617) 737-3100
Facsimile: (617) 737-3113
E-mail: pjones@cmjlaw.com

/s/ Peter J. Schneider
Peter J. Schneider, #6834
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Telephone: (617) 737-3100
Facsimile: (617) 737-3113
E-mail: pschneider@cmjlaw.com

**CERTIFICATION**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for its distribution to all counsel of record and a copy was mailed Griesinger, Tighe & Maffei LLP on the 4st day of December, 2006.

**Lawrence J. Cappuccio**
Cappuccio & Cappuccio
l.cappuccio@worldnet.att.net

**Eva Marie Mancuso**
Hamel, Waxler, Allen & Collins
emancuso@hwac.com

**Mark S. Mandell**
Mandell, Schwartz & Boisclair, Ltd.
msmandell@msn.com

**Michael A. St. Pierre**
Revens, Revens & St. Pierre
mikesp@rrsplaw.com

**Mark L. Smith**
Law Offices of Mark L. Smith
lawmls@aol.com

**Max Wistow**
**John P. Barylick**
Wistow & Barylick Incorporated
jdean@wistbar.com
jpb@wistbar.com

______________________________________

**Thomas F. Maffei, Esq.**
**Sara Jane Shanahan, Esq.**
Griesinger, Tighe & Maffei LLP
176 Federal Street
Boston, MA 02110
617-542-9900
Fax: 617-542-0900