UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | : | |
| Plaintiff-in-Interpleader | : | |
| v. | : | C.A. No. 06-370-L |
| ALBERT GRAY, Administrator, ESTATE OF JUDE HENAULT, and the other parties listed on Exhibit A, Does 1 through 100 | : | |
| Claimants-in-Interpleader | : | December 6, 2006 |

## ENTRY OF APPEARANCE

I, Lawrence J. Cappuccio, of Cappuccio & Cappuccio, hereby enter my appearance as counsel on behalf of the following Claimants-in-Interpleader (the "Henault Claimants") in the above matter:

- Estate of Jude B. Henault
- Chad M. Henault, Co-Administrator of the Estate of Jude B. Henault
- Angela Boggs, Individually and as Co-Administrator of the Estate of Jude B. Henault
- Rachel M. Henault, ppa Chad M. Henault
- Andrew J. Henault ppa Chad M. Henault

- Estate of Samuel A. Miceli, Jr.
- Madeliene P. Miceli, Administrator of the Estate of Samuel A. Miceli, Jr.
- Estate of Melvin A. Gerfin, Jr.
- Deborah A. Gerfin, Individually and as Co-Administrator of the Estate of Melvin A. Gerfin, Jr.
- Laura Gerfin, Individually and as Co-Administrator of the Estate of Melvin A. Gerfin, Jr.
- Kelly Gerfin ppa Deborah Gerfin
- Meagan Gerfin ppa Deborah Gerfin
- Estate of Sarah Jane Telgarsky
- Caroline Telgarsky, Administrator of the Estate of Sarah Jane Telgarsky
- Jane Ballard
- Glenn Johnson
- Lisa Johnson
- Melanie Holiday
- Nancy Noyes
- Katrina Kolasa
- David Malagrino
- William Long

Claimants-in-Interpleader as set forth above
By their attorney

/s/ Lawrence J. Cappuccio

Lawrence J. Cappuccio
Federal Bar No. 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891
Phone: (401) 596-4072
Fax: (401) 596-5306
Email: l.cappuccio@worldnet.att.net

**CERTIFICATION**

I hereby certify that on December 6, 2006, a copy of the foregoing ENTRY OF APPEARANCE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

**Mark L. Smith**
Law Offices of Mark L. Smith
176 Eddie Dowling Hwy., Suite 101
North Smithfield, RI 02896
Phone: 769-4120
Fax: 597-0997
Email: lawmls@aol.com

**Sara Jane Shanahan**
**Thomas F. Maffei**
Griesinger, Tighe & Maffei LLP
176 Federal Street
Boston, MA 02110
Phone: 617-542-9900
Fax: 617-542-0900
Email: sshanahan@gtmllp.com
Email: tmaffei@gtmllp.com

**Michael A. St. Pierre**
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886
822-2900
Fax: 826-3245
Email: mikesp@rrsplaw.com

**Patrick T. Jones**
Cooley Manion Jones LLP
21 Custom House St.
Boston, MA 02110-3536
617-737-3100
Fax: 737-3113
Email: pjones@cmjlaw.com

**Mark S. Mandell**
Mandell, Schwartz & Boisclair, Ltd.
1 Park Row
Providence, RI 02903
273-8330
Fax: 751-7830
Email: msmandell@msn.com

**Max Wistow**
**John P. Barylick**
Wistow & Barylick Incorporated
61 Weybosset St
Providence, RI 02903
831-2700
Fax: 272-9752
Email: mwistow@wistbar.com
Email: jpb@wistbar.com

**Stephen E. Breggia**
Breggia, Bowen & Grande
395 Smith St.
Providence, RI 02908
831-1900
Fax: 831-0129
Email: sbreggia@bbglaw.us

**Eva Marie Mancuso**
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
455-3800
Fax: 455-3806
Email: emancuso@hwac.com

**Charles N. Redihan, Jr.**
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
831-2900
Fax: 331-7123
Email: credihan@kprlaw.com

/s/ Lawrence J. Cappuccio
Lawrence J. Cappuccio