UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ST. PAUL FIRE & MARINE INSURANCE COMPANY, :
Plaintiff-in-Interpleader :
v. : C.A. No. 06-370-L
ALBERT GRAY, Administrator, ESTATE OF JUDE HENAULT, and the other parties listed on Exhibit A, Does 1 through 100 :
Claimants-in-Interpleader :

**MOTION FOR ADMISSION PRO HAC VICE**

The Henault Claimants-in-Interpleader hereby move that Robert I. Reardon, Jr., be admitted PRO HAC VICE in the above case as counsel with local associate counsel identified below:

Henault Claimants-in-Interpleader:
Estate of Jude B. Henault, by Chad M. Henault and Angela Boggs, Co-Admins, Angela Boggs, Individually, Rachael M. Henault, ppa Chad M. Henault, Andrew J.Henault, ppa Chad M. Henault; Estate of Samuel A. Miceli, Jr., by Madeliene P. Miceli, Admin; Estate of Melvin A. Gerfin, Jr., Deborah A. Gerfin and Laura Gerfin, Co-Admins., Deborah Gerfin, Individually, Laura Gerfin, Individually, Kelly Gerfin, ppa Deborah Gerfin, Meagan Gerfin, ppa Deborah Gerfin; Nancy Noyes, David Malagrino, William Long

/s/ Lawrence J. Cappuccio
Lawrence J. Cappuccio
Bar ID No: 2731
Address: Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763I
Westerly, RI 02891

Dated: December 19, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. District Court for the District of Connecticut; U.S. Court of Appeals for the 11th Circuit; U.S. Court of Appeals for the 2nd Circuit; U.S. Supreme Court, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac* vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission, during the past 12 months, please provide the date(s), case name(s) and name(s) the judge(s) who presided).

12.17.2003: Estate of Jude B. Henault, et al. v. American Foam Co, et al.
Judge Ronald R. Lagueux

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Robert I. Reardon, Jr.
Signature of *Pro Hac Vice* Applicant

Robert I. Reardon, Jr. 049016
Print Name State Bar ID#

The Reardon Law Firm, P.C.
Firm Name

160 Hempstead Street
Business Address

New London, CT 06320
Tel. # 860.442.0444 Fax # 860.444.6445

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Lawrence J. Cappuccio
Signature of Local Counsel

Lawrence J. Cappuccio 2731
Print Name R.I. Bar ID #

Cappuccio & Cappuccio
Firm and Business Address

17 Granite Street

Westerly, RI 02891

Tel. # 401.596.4072 Fax# 401.596.5306

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date: