UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader<br><br>v.<br><br>ALBERT GRAY, Administrator, ESTATE OF JUDE HENAULT, and the other parties listed on Exhibit A, Does 1 through 100<br><br>Claimants-in-Interpleader | : | C.A. No. 06-370-L |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed the following documents:

1. Robert I. Reardon, Jr.'s, Motion for Admission Pro Hac Vice (Doc # 30)

2. Tracy L. Poppe's Motion for Admission Pro Hac Vice (Doc #31)

They are available for viewing and downloading from the Court's CM/ECF system.

Claimants-in-Interpleader[1]
By their attorney

/s/ Lawrence J. Cappuccio

Lawrence J. Cappuccio
Federal Bar No. 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891
Phone: (401) 596-4072
Fax: (401) 596-5306
Email: l.cappuccio@worldnet.att.net

---

[1] Estate of Jude B. Henault by Chad M. Henault and Angela Boggs, Co-Administrators; Angela Boggs, Individually, Rachel M. Henault, ppa Chad M. Henault; Andrew J. Henault ppa Chad M. Henault; Estate of Samuel A. Miceli, Jr. by Madeliene P. Miceli, Administrator; Estate of Melvin A. Gerfin, Jr., Deborah A. Gerfin and Laura Gerfin, Co-Administrators, Deborah A. Gerfin, Individually, Laura Gerfin, Individually, Kelly Gerfin ppa, Deborah Gerfin, Meagan Gerfin ppa, Deborah Gerfin; Nancy Noyes; David Malagrino; William Long.

**CERTIFICATION**

I hereby certify that on December 20, 2006, a copy of the foregoing CERTIFICATE OF SERVICE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

**Mark L. Smith**
Law Offices of Mark L. Smith
Email: lawmls@aol.com

**Sara Jane Shanahan**
**Thomas F. Maffei**
Griesinger, Tighe & Maffei LLP
Email: sshanahan@gtmllp.com
Email: tmaffei@gtmllp.com

**Michael A. St. Pierre**
Revens, Revens & St. Pierre
Email: mikesp@rrsplaw.com

**Patrick T. Jones**
Cooley Manion Jones LLP
Email: pjones@cmjlaw.com

**Mark S. Mandell**
Mandell, Schwartz & Boisclair, Ltd.
Email: msmandell@msn.com

**Max Wistow**
**John P. Barylick**
Wistow & Barylick Incorporated
Email: mwistow@wistbar.com
Email: jpb@wistbar.com

**Stephen E. Breggia**
Breggia, Bowen & Grande
Email: sbreggia@bbglaw.us

**Eva Marie Mancuso**
Hamel, Waxler, Allen & Collins
Email: emancuso@hwac.com

**Charles N. Redihan, Jr.**
Kiernan, Plunkett & Redihan
Email: credihan@kprlaw.com

/s/ Lawrence J. Cappuccio