UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ST. PAUL FIRE & MARINE INSURANCE COMPANY,

Plaintiff-in-Interpleader

v. : C.A. No. 06-370-L

ALBERT GRAY, Administrator,
ESTATE OF JUDE HENAULT,
and the other parties listed on Exhibit A,
Does 1 through 100

Claimants-in-Interpleader

**MOTION FOR ADMISSION PRO HAC VICE**

The Henault Claimants-in-Interpleader hereby move that Tracy L. Poppe be admitted PRO HAC VICE in the above case as counsel with local associate counsel identified below:

Henault Claimants-in-Interpleader:
Estate of Jude B. Henault, by Chad M. Henault and Angela Boggs, Co-Admins, Angela Boggs, Individually, Rachael M. Henault, ppa Chad M. Henault, Andrew J.Henault, ppa Chad M. Henault; Estate of Samuel A. Miceli, Jr., by Madeliene P. Miceli, Admin; Estate of Melvin A. Gerfin, Jr., Deborah A. Gerfin and Laura Gerfin, Co-Admins., Deborah Gerfin, Individually, Laura Gerfin, Individually, Kelly Gerfin, ppa Deborah Gerfin, Meagan Gerfin, ppa Deborah Gerfin; Nancy Noyes, David Malagrino, William Long

/s/ Lawrence J. Cappuccio
Lawrence J. Cappuccio
Bar ID No: 2731
Address: Cappuccio & Cappuccio
17 Granite Street
P.O. Box 7631
Westerly, RI 02891

Dated: December 19, 2006

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Lawrence J. Cappuccio
Signature of Local Counsel

Lawrence J. Cappuccio 2731
Print Name R.I. Bar ID #

Cappuccio & Cappuccio
Firm and Business Address

17 Granite Street

Westerly, RI 02891

Tel. # 401.596.4072 Fax# 401.596.5306

---

**ORDER**

This motion is hereby GRANTED

Ronald R. Lagueux
Sr. District Judge

Date: 1/10/07